Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

E-FILING
FILED
2008 APR -7 P 2: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C08 01848 RS <br><br> PITCHWARE'S CORPORATE DISCLOSURE STATEMENT <br><br> **Federal Rule of Civil Procedure 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: April 3, 2008

LOGAN & POWELL LLP

Kirsten M. Powell
Attorney for
PITCHWARE, INC.

---

1

PITCHWARE'S CORPORATE DISCLOSURE STATEMENT
Pitchware/Pleadings/Pitchware's-Corporate-Disclosure-Statement-FINAL-04.03.08.sq