1 | Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
2 | LOGAN & POWELL LLP
61 East Main Street, Suite C
3 | Los Gatos, CA 95030
Tel.: (408) 395-1350
4 | Fax: (408) 395-1354

5 | Attorney(s) for
PITCHWARE, INC.

E-FILING

FILED
2008 APR -7 P 2: 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PITCHWARE, INC.,

  Plaintiff,

vs.

MONSTER WORLDWIDE, INC.,
CAREERBUILDER, LLC; GANNETT
CO., INC.; THE McCLATCHY
COMPANY; MICROSOFT
CORPORATION; AND CAREER
MARKETPLACE, INC.,

  Defendants.

CASE NO. C08 01848 RS

PITCHWARE'S CERTIFICATE OF INTERESTED PARTIES

**Civil Local Rule 3-16**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, and counsel for Plaintiff, Logan & Powell, LLP, there is no such interest to report.

Dated: April 3, 2008

LOGAN & POWELL LLP

_____
Kirsten M. Powell
Attorney for
PITCHWARE, INC.

---

1

PITCHWARE'S CERTIFICATE OF INTERESTED PARTIES

Pitchware/Pleadings/Pitchware's-Certificate-of-Interested-Parties-FINAL-04.03.08.sq