AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

Northern District of California

Pitchware, Inc.      )
—————————————— )
         Plaintiff          )
             v.            )
Monster Worldwide, Inc., et. al.   )
—————————————— )
         Defendant         )

Civil Action No. **C08 01848 RS**

### Summons in a Civil Action

To:   The McClatchy Company
—————————————————
           *(Defendant's name)*

A lawsuit has been filed against you.

     Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

     Kirsten M. Powell
     Logan & Powell LLP
     61 East Main Street, Suite C
     Los Gatos, CA 95030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                      Richard W. Wieking
                                      Name of clerk of court

Date:   APR 0 7 2008                            Tiffany Salinas-Harwell
                                         Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*