1 | MONTY AGARWAL (State Bar No. 191568)
  | ARNOLD & PORTER LLP
2 | 90 New Montgomery Street, Suite 600
  | San Francisco, CA 94105
3 | Telephone: (415) 356-3000
  | Facsimile: (415) 356-3099
4 | Email: monty.agarwal@aporter.com

5 | ISABELLA FU (State Bar No. 154677)
  | MICROSOFT CORPORATION
6 | One Microsoft Way
  | Redmond, WA 98052-6399
7 | Telephone: (425) 722-4846
  | Facsimile: (425) 708-1507
8 | Email: isabella.fu@microsoft.com

9 | Attorneys for Defendant *Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PITCHWARE, INC. ) | Case No. 08-CV-01848-RS |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEARANCE OF** |
| ) | **MONTY AGARWAL** |
| v. ) | |
| ) | Judge Richard Seeborg |
| MONSTER WORLDWIDE, INC., ) | |
| CAREERBUILDER, LLC; GANNETT CO., ) | |
| INC.; THE McCLATCHY COMPANY; ) | |
| MICROSOFT CORPORATION; AND ) | |
| CAREER MARKETPLACE, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Monty Agarwal, from the firm of Arnold & Porter LLP, member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Microsoft Corporation.

April 25, 2008                           ARNOLD & PORTER LLP


                                          By:  s/Monty Agarwal
                                               Monty Agarwal
                                               Attorney for Microsoft Corporation

- 1 -

NOTICE OF APPEARANCE OF MONTY AGARWAL
Case No. 08-CV-01848-RS