MONTY AGARWAL (State Bar No. 191568)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: monty.agarwal@aporter.com

ISABELLA FU (State Bar No. 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 722-4846
Facsimile: (425) 708-1507
Email: isabella.fu@microsoft.com

Attorneys for Defendant *Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PITCHWARE, INC. | Case No. 08-CV-01848-RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF ISABELLA FU** |
| v. | Judge Richard Seeborg |
| MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     PLEASE TAKE NOTICE that attorney Isabella Fu, from Microsoft Corporation, member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Microsoft Corporation.

April 25, 2008                                        MICROSOFT CORPORATION


                                       By:  s/Isabella Fu
                                                 Isabella Fu
                                                 Attorney for Microsoft Corporation

1 **CERTIFICATION PURSUANT TO GENERAL ORDER 45**

2 Pursuant to General Order 45X.B, I, Monty Agarwal, attest that the above signatory has

3 concurred and consented to the filing of this document.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28