1   LATHAM & WATKINS LLP
        Mark A. Flagel (Bar No. 110635)
2       Terri L. Lilley (Bar No. 222764)
        Dale Chang (Bar No. 248657)
3   633 West Fifth Street, Suite 4000
    Los Angeles, California  90071-2007
4   Telephone:  +1.213.485.1234
    Facsimile:  +1.213.891.8763
5
    LATHAM & WATKINS LLP
6       David A. Nelson
    Sears Tower Suite 5800
7   Chicago, Illinois  60606
    Telephone:  +1.312.876.7700
8   Facsimile:  +1.312.993.9767
9   Attorneys for Defendant
    CAREERBUILDER, LLC
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14  PITCHWARE, INC.,                          CASE NO. C 08-01848 (RS)

15              Plaintiff,                     **STIPULATION EXTENDING TIME FOR
                                               DEFENDANTS CAREERBUILDER, LLC,
16       v.                                    GANNETT COMPANY, INC., THE
                                               McCLATCHY COMPANY, AND
17  MONSTER WORLDWIDE, INC.,                   MICROSOFT CORPORATION TO
    CAREERBUILDER, LLC,                        RESPOND TO PLAINTIFF'S COMPLAINT**
18  GANNETT COMPANY, INC.,
    THE McCLATCHY COMPANY,                     [Local Rule 6-1]
19  MICROSOFT CORPORATION,
    AND CAREER MARKETPLACE, INC.,
20
                Defendants.
21

22

23

24

25

26

27

28

1

2                                    **STIPULATION**

3              Plaintiff Pitchware, Inc. and Defendants CareerBuilder, LLC ("CareerBuilder"),

4    Gannett Company, Inc. ("Gannett"), The McClatchy Company ("McClatchy"), and Microsoft

5    Corporation ("Microsoft"), by and through their undersigned counsel, hereby agree and stipulate

6    pursuant to Local Rule 6-1 to extend the time within which CareerBuilder, Gannett, McClatchy

7    and Microsoft may answer or otherwise respond to the Complaint in this matter to May 30, 2008.

8

9    Dated:  April 25, 2008                    Respectfully submitted,

10                                             LOGAN & POWELL LLP
                                                  Robert C. Chojnacki
11

12                                             By   /s/Robert C. Chojnacki
                                                  Robert C. Chojnacki
13                                                Attorneys for Plaintiff
                                                  PITCHWARE, INC.
14

15   Dated:  April 25, 2008                    LATHAM & WATKINS LLP
                                                  Mark A. Flagel
16

17                                             By   /s/Mark A. Flagel
                                                  Mark A. Flagel
18                                                Attorneys for Defendant
                                                  CAREERBUILDER, LLC
19

20   Dated:  April 25, 2008                    By   /s/Andrea T. Shandell
                                                  Andrea T. Shandell
21                                                Attorney for Defendant
                                                  GANNETT COMPANY, INC.
22

23   Dated:  April 25, 2008                    By   /s/Steve Burns
                                                  Steve Burns
24                                                Attorney for Defendant
                                                  THE McCLATCHY COMPANY
25

26

27

28

1    Dated:  April 25, 2008                    By   /s/Isabella Fu

2                                                   Isabella Fu
                                                    Attorney for Defendant
3                                                   MICROSOFT CORPORATION

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28