Chris Scott Graham (SBN 114498)
chris.scott.graham@dechert.com
Justin Boyce (State Bar No. 181488)
justin.boyce@dechert.com
Philip Barilovits (State Bar No. 199944)
philip.barilovits@dechert.com
**DECHERT LLP**
2440 W. El Camino Real. Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile:  (650) 813-4848

Attorneys for Defendant,
MONSTER WORLDWIDE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| PITCHWARE, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.,<br><br>    Defendants. | Case No. C-08-01848 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint Filed:   April 7, 2008 |

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 28, 2008                           DECHERT LLP

                                                By:  /s/ Chris Scott Graham
                                                Chris Scott Graham
                                                Attorneys for Defendant
                                                MONSTER WORLDWIDE, INC.