1  Chris Scott Graham (SBN 114498)
   chris.scott.graham@dechert.com
2  Justin Boyce (State Bar No. 181488)
   justin.boyce@dechert.com
3  Philip Barilovits (State Bar No. 199944)
   philip.barilovits@dechert.com
4  **DECHERT LLP**
   2440 W. El Camino Real. Suite 700
5  Mountain View, California 94040
   Telephone: (650) 813-4800
6  Facsimile:  (650) 813-4848

7  Attorneys for Defendant,
   MONSTER WORLDWIDE, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

| | |
|---|---|
| PITCHWARE, INC., | Case No. C-08-01848 RS |
| Plaintiff, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., | Complaint Filed:   April 7, 2008 |
| Defendants. | |

DECHERT LLP
ATTORNEYS AT LAW

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
Case No.: C-08-01848 RS

1    Pursuant to Civil Local Rule L.R. 3-16, the undersigned certifies that the following listed
2 persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3 or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter on in a party that could be
5 substantially affected by the outcome of the proceedings:
6    1.    Michael D. Powell, the named inventor on the patent in issue.

8  Dated: April 28, 2008                    DECHERT LLP
9                                            By:  /s/ Chris Scott Graham
                                                 Chris Scott Graham
10                                               Attorneys for Defendant
                                                 MONSTER WORLDWIDE, INC.
11  13167306.1

DECHERT LLP
ATTORNEYS AT LAW

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;    1
Case No.: C-08-01848 RS