LATHAM & WATKINS LLP
   Mark A. Flagel (Bar No. 110635)
   mark.flagel@lw.com
   Dale Chang (Bar No. 248657)
   dale.chang@lw.com
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
   David A. Nelson
   david.nelson@lw.com
Sears Tower Suite 5800
Chicago, Illinois 60606
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

Attorneys for Defendant
CAREERBUILDER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC, GANNETT COMPANY, INC., THE McCLATCHY COMPANY, MICROSOFT CORPORATION, AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C 08-01848 (RS) <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

LATHAM&WATKINS LLP   LA\1851416.1
ATTORNEYS AT LAW
LOS ANGELES

Defendant CareerBuilder LLC's Declination to
Proceed Before Magistrate Judge
CASE NO. C 08-01848 (RS)

1     <u>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE</u>

2     The undersigned party hereby declines to consent to assignment to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

6     Dated: April 28, 2008            Respectfully submitted,

LATHAM & WATKINS LLP
   Mark A. Flagel

By  /s/Mark A. Flagel
    Mark A. Flagel
    Attorneys for Defendant
    CAREERBUILDER, LLC

LATHAM&WATKINS LLP  LA\1851416.1
ATTORNEYS AT LAW
LOS ANGELES

1

Defendant CareerBuilder LLC's Declination to
Proceed Before Magistrate Judge
CASE NO. C 08-01848 (RS)