MONTY AGARWAL (State Bar No. 191568)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: monty.agarwal@aporter.com

ISABELLA FU (State Bar No. 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 722-4846
Facsimile: (425) 708-1507
Email: isabella.fu@microsoft.com

Attorneys for Defendant *Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PITCHWARE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.<br><br>    Defendants. | Case No. 08-CV-01848-RS<br><br>**DEFENDANT MICROSOFT CORPORATION'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Defendant Microsoft, by its undersigned attorney, hereby declines to consent to assignment to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

April 28, 2008                                       ARNOLD & PORTER LLP


By:  s/Monty Agarwal
     Monty Agarwal
     Attorney for Microsoft Corporation