**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **PITCHWARE, INC.,** | C 08-01848 RS |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| vs. | |
| **MONSTER WORLDWIDE, INC., ET AL,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

The initial Case Management Conference previously set for **July 30, 2008 at 2:30 p.m.,** before Magistrate Judge Richard Seeborg will **not** be held. An initial Case Management Conference will need to be re-set before the newly assigned District Judge.

Dated: April 29, 2008                          RICHARD W. WIEKING,
                                                              Clerk of Court

                                                              __/s/_____
                                                              By: Martha Parker Brown
                                                                    Deputy Clerk