RECEIVED
2008 APR 29 PM 3: 13
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California

Pitchware, Inc.

        Plaintiff(s),

v.

Monster Worldwide, Inc. et al.

        Defendant(s).

CASE NO. 08-01848 (RS)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

David A. Nelson ☒, an active member in good standing of the bar of the Supreme Court of Illinois ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606, Telephone: 312.876.7716

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing co-defendant CareerBuilder, LLC ☒.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge