MONTY AGARWAL (State Bar No. 191568)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: monty.agarwal@aporter.com

ISABELLA FU (State Bar No. 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 722-4846
Facsimile: (425) 708-1507
Email: isabella.fu@microsoft.com

Attorneys for Defendant *Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PITCHWARE, INC.<br><br>     Plaintiff,<br><br>     v.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.<br><br>     Defendants. | Case No. 08-CV-01848-CW<br><br>**MICROSOFT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

April 30, 2008                                              ARNOLD & PORTER LLP


                                                By:   s/Monty Agarwal
                                                      Monty Agarwal
                                                      Attorney for Microsoft Corporation