MONTY AGARWAL (State Bar No. 191568)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: monty.agarwal@aporter.com

ISABELLA FU (State Bar No. 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 722-4846
Facsimile: (425) 708-1507
Email: isabella.fu@microsoft.com

Attorneys for Defendant *Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PITCHWARE, INC. <br><br> Plaintiff, <br><br> v. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC. <br><br> Defendants. | Case No. 08-CV-01848-CW <br><br> **NOTICE OF APPEARANCE OF JOSEPH A. MICALLEF** <br><br> **Judge Claudia Wilken** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       PLEASE TAKE NOTICE that attorney Joseph A. Micallef, from the firm of

3  Arnold & Porter LLP, admitted to practice before this Court, hereby enters an appearance as

4  counsel on behalf of Defendant Microsoft Corporation.

6  May 5, 2008                                                      ARNOLD & PORTER LLP

8                                        By:   s/Joseph A. Micallef
                                                Joseph A. Micallef
9                                                  Attorney for Microsoft Corporation

- 1 -

NOTICE OF APPEARANCE OF JOSEPH A. MICALLEF
Case No. 08-CV-01848-CW

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Monty Agarwal, attest that the above signatory has concurred and consented to the filing of this document.