1  James F. McCarthy, III (*pro hac vice* pending)
   Katz, Teller, Brant & Hild
2  255 East Fifth Street, Suite 2400
   Cincinnati, Ohio 45202
3  Telephone: (513) 721-4532
   Facsimile: (513) 762-0006
4
   Jeffrey M. Fisher (State Bar No. 155284)
5  Irvin E. Tyan (State Bar No. 224775)
   Farella Braun & Martel LLP
6  235 Montgomery Street, 17th Floor
   San Francisco, California 94104
7  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
8
   Attorneys for Defendant
9  CAREER MARKETPLACE, INC.

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  PITCHWARE, INC.,                          Case No. C 08-01848-CW

15              Plaintiff,                    **STIPULATION EXTENDING TIME FOR
                                              DEFENDANT CAREER MARKETPLACE,
16         vs.                                INC. TO RESPOND TO PLAINTIFF'S
                                              COMPLAINT**
17  MONSTER WORLDWIDE, INC.,
    CAREERBUILDER, LLC, GANNETT               [Local Rule 6-1]
18  COMPANY, INC., THE McCLATCHY
    COMPNY, MICROSOFT
19  CORPORATION, AND CAREER
    MARKETPLACE, INC.,
20
                Defendants.
21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION EXTENDING TIME FOR DEFENDANT
CAREER MARKETPLACE, INC. TO RESPOND TO
COMPLAINT / Case No. C 08-01848 (RS)

23226\1573542.1

# STIPULATION

Plaintiff Pitchware, Inc. and Defendant Career Marketplace, Inc., by and through their undersigned counsel, hereby agree and stipulate pursuant to Local Rule 6-1 to extend the time within which Career Marketplace, Inc. may answer, move or otherwise respond to the Complaint in this matter to May 30, 2008.

Dated: May 5, 2008

Respectfully submitted,

LOGAN & POWELL, LLP

By: /s/ *Kirsten M. Powell*
Kirsten M. Powell

Attorneys for Plaintiff
PITCHWARE, INC.

Dated: May 5, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/ *Jeffrey M. Fisher*
Jeffrey M. Fisher

Attorneys for Defendant
CAREER MARKETPLACE, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION EXTENDING TIME FOR DEFENDANT
CAREER MARKETPLACE, INC. TO RESPOND TO
COMPLAINT / Case No. C 08-01848 (RS)

- 2 -

23226\1573542.1