```
 1  Kirsten M. Powell [SBN: 187200]
    Robert C. Chojnacki [SBN: 169936]
 2  LOGAN & POWELL LLP
    61 East Main Street, Suite C
 3  Los Gatos, CA 95030
    Tel.: (408) 395-1350
 4  Fax: (408) 395-1354

 5  Attorney(s) for
    PITCHWARE, INC.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PITCHWARE, INC., | ) CASE NO. C 08-01848 CW |
|---|---|
| Plaintiff, | ) NOTICE OF THE FILING OF: |
| | ) (1) THE SUMMONS; AND (2) THE PROOF |
| vs. | ) OF SERVICE OF THE SUMMONS |
| MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., | ) |
| Defendants. | ) |

TO THE COURT, EACH PARTY AND ATTORNEYS OF RECORD:

Plaintiff, Pitchware, Inc., hereby files the Summons and the Proof of Service of the Summons and Complaint on: Monster Worldwide, Inc.

Dated: May 6, 2008

LOGAN & POWELL LLP

/s/ Kirsten M. Powell
Kirsten M. Powell
Attorney for
PITCHWARE, INC.

---

1

NOTICE OF THE FILING OF:
(1) THE SUMMONS; AND (2) THE PROOF OF SERVICE OF THE SUMMONS

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Pitchware, Inc. )
Plaintiff )
v. ) Civil Action No.
Monster Worldwide, Inc., et. al. )
Defendant ) **C08  01848  RS**

Summons in a Civil Action

To: Monster Worldwide, Inc.
(Defendant's name)

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kirsten M. Powell
Logan & Powell LLP
61 East Main Street, Suite C
Los Gatos, CA  95030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 0 7 2008

Richard W. Wieking
Name of clerk of court

_(signature)_
Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kirsten M. Powell, 187200<br>LOGAN & POWELL LLP<br>61 E Main Street Suite C<br>Los Gatos, CA 95030<br>TELEPHONE NO.: (408) 395-1350<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: Pitchware, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Monster Worldwide, et al. | C08 01848 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1088-02 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons for CareerBuilder, LLC, Summons for Monster Worldwide, Inc., Summons for Microsoft Corporati Summons for The McClatchy Company, Complaint for Patent Infringement; Demand for Jury Trial, PITCHWARE'S CERTIFICATE OF INTERESTED PARTIES, PITCHWARE'S CORPORATE DISCLOSU] STATEMENT, Civil Case Cover Sheet, Summons for Gannett Co., Inc., Summons for Career Marketplace, In

3. a. Party served: Monster Worldwide, Inc.

   b. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): April 9, 2008    (2) at (time): 1:48 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Monster Worldwide, Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:           Tyler Dimaria
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
                      415-491-0606
   c. Telephone number:
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: April 23, 2008

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6660053