1  Kirsten M. Powell [SBN: 187200]
   Robert C. Chojnacki [SBN: 169936]
2  LOGAN & POWELL LLP
   61 East Main Street, Suite C
3  Los Gatos, CA 95030
   Tel.: (408) 395-1350
4  Fax: (408) 395-1354

5  Attorney(s) for
   PITCHWARE, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10
   PITCHWARE, INC.,                )   CASE NO. C 08-01848 CW
11                                 )
         Plaintiff,                )   NOTICE OF THE FILING OF:
12                                 )   (1) THE SUMMONS; (2) THE AFFIDAVIT
   vs.                             )   OF SERVICE
13                                 )
   MONSTER WORLDWIDE, INC.,        )
14 CAREERBUILDER, LLC; GANNETT     )
   COMPANY, INC.; THE McCLATCHY    )
15 COMPANY; MICROSOFT              )
   CORPORATION; AND CAREER         )
16 MARKETPLACE, INC.,              )
                                   )
17       Defendants.               )

18       TO THE COURT, EACH PARTY AND ATTORNEYS OF RECORD:

19       Plaintiff, Pitchware, Inc., hereby files the Summons; and the Affidavit of Service:

20 CareerBuilder, LLC.

21
   Dated: May 6, 2008                    LOGAN & POWELL LLP
22
                                         _____
23                                       Kirsten M. Powell
                                         Attorney for
24                                       PITCHWARE, INC.

25

26

27                                       1
                              NOTICE OF THE FILING OF:
28      (1) THE SUMMONS; (2) THE PROOF OF SERVICE OF THE SUMMONS;
                    AND (3) PROOF OF SERVICE BY MAIL

AO 440 (Rev. 03/08) Civil Summons

E-FILING

# UNITED STATES DISTRICT COURT
for the

Northern District of California

ADR

Pitchware, Inc.
_____
Plaintiff
v.
Monster Worldwide, Inc., et. al.
_____
Defendant

)
)
)  Civil Action No.
)
)  **C08 01848**
)

RS

Summons in a Civil Action

To:  CareerBuilder, LLC
_____
(Defendant's name)

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kirsten M. Powell
Logan & Powell LLP
61 East Main Street, Suite C
Los Gatos, CA  95030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 0 7 2008

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Pitchware, Inc.

vs.

Monster Worldwide, Inc., et al.

Case Number C 08 01848

### AFFIDAVIT OF SERVICE

I, David Bertrand, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 10 day of April, 2008, at 03:00 PM at 8420 W. Bryn Mawr #1000, Chicago, Il 60631, did serve the following document(s):

**Civil Case Cover Sheet, Summons, Complaint, Pitchware's Corporate Disclosure Statement, Pitchware's Certificate Of Interested Parties and Order Setting Initial Case Management Conference and ADR Deadlines packet**

Upon: **CareerBuilder, LLC c/o Theresa Legler**

By:  ☑ Personally serving to: Kristi Burciaga-Facilities Team Leader, Authorized To Accept.

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 8420 W. Bryn Mawr #1000, Chicago, Il 60631 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **30** |
|---|---|---|---|---|---|---|
| | Height | **5'3** | Weight | **140** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

David Bertrand
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101

Signed and Sworn to before me this ___ day of April, 2008

Notary Public Corey Ferleton