```
Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C 08-01848 CW <br><br> NOTICE OF THE FILING OF: <br> (1) THE SUMMONS; AND (2) AFFIDAVIT OF PROCESS SERVER |

TO THE COURT, EACH PARTY AND ATTORNEYS OF RECORD:

Plaintiff, Pitchware, Inc., hereby files the Summons; and Affidavit of Process Server on: Gannett Company, Inc.

Dated: May 6, 2008

LOGAN & POWELL LLP

_/s/ Kirsten M. Powell_
Kirsten M. Powell
Attorney for
PITCHWARE, INC.

---

1
NOTICE OF THE FILING OF:
(1) THE SUMMONS; AND (2) AFFIDAVIT OF PROCESS SERVICE

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California



| Pitchware, Inc. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Monster Worldwide, Inc., et al. | ) |
| Defendant | ) |

Summons in a Civil Action  **C08  01848  RS**

To: Gannett Co., Inc.
    *(Defendant's name)*

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kirsten M. Powell
Logan & Powell LLP
61 East Main Street, Suite C
Los Gatos, CA 95030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 0 7 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Northern District of California

Pitchware, Inc.
Plaintiff(s)
v
Monster Worldwide, Inc., et al
Defendant(s)

Case No: C08 01848

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Gannett Co., Inc.

**With the documents:** Civil Case Cover Sheet; Summons; Complaint; Pitchware's Corporate Disclosure Statement; Pitchware's Certificate of Interested Parties; and Order Setting Initial Case Management Conference and ADR Deadlines Packet

**Person Served:** Scott LaScala of The Corporation Trust Company, Registered Agent

**Service Address:** The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: April 9, 2008            Time of Service: 2:00 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Description:** Age: 40's   Sex: M   Race: W   Hgt: 5'10"   Wgt: 170   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

<u>April 10, 2008</u>       at   <u>Wilmington,      Delaware</u>
Date                         City              State

Daniel Newcomb, Process Server
State of Delaware                                   Delaware Attorney Services
County of New Castle                                2000 Pennsylvania Avenue, Suite 207
                                                    Wilmington, DE  19806  (302) 429-0657

Subscribe and sworn before me a Notary Public of the State of Delaware on April 10, 2008

**Witness My Hand and Official Seal To**

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware



KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008