Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C 08-01848 CW <br><br> NOTICE OF THE FILING OF: <br> (1) THE SUMMONS; (2) THE PROOF OF SERVICE OF THE SUMMONS; AND (3) THE PROOF OF SERVICE BY MAIL |

TO THE COURT, EACH PARTY AND ATTORNEYS OF RECORD:

Plaintiff, Pitchware, Inc., hereby files the Summons; the Proof of Service of the Summons and the Proof of Service by Mail on: The McClatchy Company.

Dated: May 6, 2008

LOGAN & POWELL LLP

Kirsten M. Powell
Attorney for
PITCHWARE, INC.

---

1

NOTICE OF THE FILING OF:
(1) THE SUMMONS; (2) THE PROOF OF SERVICE OF THE SUMMONS;
AND (3) PROOF OF SERVICE BY MAIL

Pitchware/Pleadings/Notice-of-the-Filing-of-the-Summons-the-Proof-of-Service-of-the-Summons-and-Proof-of-Service-by-Mail-on-The-McClatchy-Company 05.05.08.sq    C 08-01848 CW

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Pitchware, Inc. <br> Plaintiff <br> v. <br> Monster Worldwide, Inc., et. al. <br> Defendant | ) ) ) Civil Action No. ) ) **C08 01848** |

Summons in a Civil Action

To: The McClatchy Company
(Defendant's name)

A lawsuit has been filed against you.

Within ____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kirsten M. Powell
Logan & Powell LLP
61 East Main Street, Suite C
Los Gatos, CA  95030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 0 7 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

**ORIGINAL**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kirsten M. Powell, 187200<br>LOGAN & POWELL LLP<br>61 E Main Street Suite C<br>Los Gatos, CA 95030<br>TELEPHONE NO.: (408) 395-1350<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: Pitchware, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Monster Worldwide, et al. | C08 01848 RS |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>1088-02 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons in a Civil Action, Civil Cover Sheet, Pitchware's Corporate Disclosure Statement, See Attachment

3. a. Party served: The McClatchy Company

   b. Person Served: Karole Morgan-Prager - Person authorized to accept service of process

4. Address where the party was served: 2100 Q. Street
   Sacramento, CA 95816

5. I served the party
   b. **by substituted service.** On (date): April 8, 2008   at (time): 12:20 pm   I left the documents listed in item 2 with or in the presence of: Carlos Vazquez, Legal Assistant (H.M.:
      (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   The McClatchy Company
      under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:   Tyler Dimaria
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 96.50
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: April 25, 2008

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6660055

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Kirsten M. Powell, 187200<br>LOGAN & POWELL LLP<br>61 E Main Street Suite C<br>Los Gatos, CA 95030 | (408) 395-1350 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>1088-02 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Pitchware, Inc.

DEFENDANT:

Monster Worldwide, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C08 01848 RS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On April 9, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons in a Civil Action, Civil Cover Sheet, Pitchware's Corporate Disclosure Statement, See Attachment

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at oakland, California, addressed as follows:

The McClatchy Company
Karole Morgan-Prager
2100 Q. Street
Sacramento, CA 95816

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 96.50

Aiyoka Dancy
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 25, 2008 at Oakland, California.

*Aiyoka Dancy*

FF# 6660055

Attachment

Pitchware's Certificate of Interested Parties, Order Setting Inital Case Management Conference and ADR Deadlines, ECF Registration Information Handout, Standing Order Re: Initial Case Management, Contents of Joint Case Management Statement, Standing Order Regarding Case Management in Civil Cases, Welcome to the United States District Court for the Northern District of California, Clerk's Office; San Jose Division