Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC.; CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C 08-01848 CW <br><br> NOTICE OF THE FILING OF: <br> (1) THE SUMMONS; AND (2) THE PROOF OF SERVICE |

TO THE COURT, EACH PARTY AND ATTORNEYS OF RECORD:

Plaintiff, Pitchware, Inc., hereby files the Summons and the Proof of Service of Summons and Complaint on: Microsoft Corporation.

Dated: May 6, 2008



LOGAN & POWELL LLP

Kirsten M. Powell
Attorney for
PITCHWARE, INC.

1

NOTICE OF THE FILING OF:
(1) THE SUMMONS; AND (2) THE PROOF OF SERVICE

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

E-FILING

ADR

| | |
|---|---|
| Pitchware, Inc. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Monster Worldwide, Inc., et. al. | ) |
| Defendant | ) |

C08 01848

RS

Summons in a Civil Action

To: Microsoft Corporation
     *(Defendant's name)*

A lawsuit has been filed against you.

     Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Kirsten M. Powell
    Logan & Powell LLP
    61 East Main Street, Suite C
    Los Gatos, CA 95030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
*Name of clerk of court*

APR 0 7 2008

Date: _____

*Deputy clerk's signature*

**Tiffany Salinas-Harwell**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Kirsten M. Powell, 187200<br>LOGAN & POWELL LLP<br>61 E Main Street<br>Los Gatos, CA 95030 | | (408) 395-1350 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>1088-02 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Pitchware, Inc.

DEFENDANT:

Monster Worldwide, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>ADR C08-01848 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons for Microsoft Corporation, Complaint for Patent Infringement; Demand for Jury Trial, PITCHWARE'S CERTIFICATE OF INTERESTED PARTIES, PITCHWARE'S CORPORATE DISCLOSURE STATEMENT, Civil Case Cover Sheet, Summons for Gannett Co., Inc., Summons for Career Marketplace, Inc.

2. Party Served:  Microsoft Corporation

3. Person Served:  CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:  April 9, 2008      1:48 pm

5. Address, City and State:  2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 25, 2008 at Sacramento, California.

Signature: _____
                                    Tyler Dimaria

FF# 6660054