```
 1  Kirsten M. Powell [SBN: 187200]
    Robert C. Chojnacki [SBN: 169936]
 2  LOGAN & POWELL LLP
    61 East Main Street, Suite C
 3  Los Gatos, CA 95030
    Tel.: (408) 395-1350
 4  Fax: (408) 395-1354

 5  Attorney(s) for
    PITCHWARE, INC.
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C 08-01848 CW <br><br> NOTICE OF THE FILING OF: <br> (1) THE SUMMONS; (2) DUE DILIGENCE AFFIDAVIT OF NON-SERVICE; AND (3) AFFIDAVIT OF SERVICE |

TO THE COURT, EACH PARTY AND ATTORNEYS OF RECORD:

Plaintiff, Pitchware, Inc., hereby files the Summons; Due Diligence Affidavit of Non-Service and Affidavit of Service on: Career Marketplace, Inc.

Dated: May 6, 2008

LOGAN & POWELL LLP

_____
Kirsten M. Powell
Attorney for
PITCHWARE, INC.

---

1
NOTICE OF THE FILING OF:
(1) THE SUMMONS; (2) DUE DILIGENCE AFFIDAVIT OF NON-SERVICE; AND (3) AFFIDAVIT OF SERVICE

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Pitchware, Inc.
_____Plaintiff_____
    v.
Monster Worldwide, Inc., et. al.
_____Defendant_____

)
)
)
)
)
)

Civil Action No.

**C08   01848   RS**

E-FILING
ADR

Summons in a Civil Action

To: Career Marketplace, Inc.
      (Defendant's name)

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kirsten M. Powell
Logan & Powell LLP
61 East Main Street, Suite C
Los Gatos, CA 95030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 0 7 2008

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature
**Tiffany Salinas-Harwell**

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pitchware, Inc.,<br><br>    Plaintiff<br>vs.<br><br>Monster Worldwide, Inc., et al.,<br><br>    Defendant(s). | CIVIL ACTION NO.: C08 01848<br><br>State of Ohio Private Process Server's Due and Diligent Affidavit of Non-Service of Civil Case Cover Sheet, Summons, Complaint, Pitchware's Corporate Disclosure Statement, Pitchware's Certificate of Interested Parties, and Order Setting Initial Case Management Conference and ADR Deadlines packet, upon: MICHAEL J. KAPPEL, AGENT FOR CAREER MARKETPLACE, INC. |

### DUE AND DILIGENT AFFIDAVIT OF NON-SERVICE

STATE OF OHIO,
COUNTY OF SUMMIT        SS:

I, JOHN APYNYS, Private Process Server, being first duly sworn, depose and say: That the deponent is not a party to this entitled action, is over eighteen (18) years of age and is a resident of the State of Ohio. I attempted service on Michael J. Kappel, Agent for Career Marketplace, Inc. as follows:

On April 10, 2008 at 4:40 p.m. I attempted service of same. An employee at the business address of Michael Kappel, Agent for Career Marketplace, Inc., said, "Not in today. Will be in 4/12/08."

On April 12, 2008 at 10:25 a.m. I attempted service of same. An employee said, "Not in today. Out of town. Will be back after 4/15/08."

On April 16, 2008 at 3:40 p.m. an employee said, "Not in today."

Service was attempted at the given business address of Career Marketplace, Inc. – 800 Market Ave. N, Canton, Ohio 44702.

FURTHER AFFIANT SAYETH NAUGHT

JOHN APYNYS
PROCESS SERVER

SWORN TO AND SUBSCRIBED IN MY PRESENCE, this 21st day of April, 2008

Richard D. Purser
NOTARY PUBLIC - STATE OF OHIO
Residence - Medina County
My Commission Expires April 5, 2009



UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pitchware, Inc., <br><br> Plaintiff <br> vs. <br><br> Monster Worldwide, Inc., et al., <br><br> Defendant(s). | CIVIL ACTION NO.: C08 01848 <br><br> State of Ohio Private Process Server's Affidavit of Service of Civil Case Cover Sheet, Summons, Complaint, Pitchware's Corporate Disclosure Statement, Pitchware's Certificate of Interested Parties, and Order Setting Initial Case Management Conference and ADR Deadlines packet, upon: <br> CAREER MARKETPLACE, INC. |

### AFFIDAVIT OF SERVICE

STATE OF OHIO,
COUNTY OF SUMMIT     SS:

I, JOHN APYNYS, Private Process Server, being first duly sworn, depose and say: That the deponent is not a party to this entitled action, is over eighteen (18) years of age and is a resident of the State of Ohio. On April 9, 2008, at 4:00 p.m. I received the above-stated documents. On April 16, 2008, at 3:40 p.m., I served Career Marketplace, Inc. by serving Andrew Hammer, President of Career Marketplace, Inc., who accepted service on behalf of the company, at the given business address - 800 Market Ave. N., Canton, Ohio 44702.

FURTHER AFFIANT SAYETH NAUGHT

JOHN APYNYS
PROCESS SERVER

SWORN TO AND SUBSCRIBED IN MY
PRESENCE, this 21st day of
April, 2008

Richard D. Purser
NOTARY PUBLIC - STATE OF OHIO
Residence - Medina County
My Commission Expires April 5, 2009