1  MONTY AGARWAL (State Bar No. 191568)
   ARNOLD & PORTER LLP
2  90 New Montgomery Street, Suite 600
   San Francisco, CA 94105
3  Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: monty.agarwal@aporter.com
5
6  ISABELLA FU (State Bar No. 154677)
   MICROSOFT CORPORATION
7  One Microsoft Way
   Redmond, WA 98052-6399
8  Telephone: (425) 722-4846
   Facsimile: (425) 708-1507
9  Email: isabella.fu@microsoft.com

10  Attorneys for Defendant *Microsoft Corporation*

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                               OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC. | Case No. 08-CV-01848-CW |
| Plaintiff, | |
| v. | **APPLICATION FOR ADMISSION OF MATTHEW N. BATHON *PRO HAC VICE*** |
| MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC. | |
| Defendants. | |

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 11-3, Matthew N. Bathon, an active member in good standing of the bars of the State of Texas and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Microsoft Corporation in the above-entitled action. |

      Pursuant to Civil L.R. 11-3, Matthew N. Bathon, an active member in good standing of the bars of the State of Texas and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Microsoft Corporation in the above-entitled action.

      In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Monty Agarwal (State Bar No. 191568)
> ARNOLD & PORTER LLP
> 90 New Montgomery Street, Suite 600
> San Francisco, CA 94105
> Telephone: (415) 356-3000

      I declare under penalty of perjury that the foregoing is true and correct.

May 5, 2008                                ARNOLD & PORTER LLP


By: /s/ Matthew N. Bathon
      Matthew N. Bathon

- 1 -