ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RECEIVED MAY - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| PITCHWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER WORLDWIDE, INC.;<br>CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.<br><br>Defendants. | Case No. 08-CV-01848-CW<br><br>(~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF JOHN L. NEWBY II *PRO HAC VICE* |

John L. Newby II, an active member in good standing of the bars of the State of Georgia and the District of Columbia whose business address and telephone number is

ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, D.C., 20004
Telephone: (202) 942-5000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Microsoft Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAY - 7 2008

_____
United States District Judge Claudia Wilken