# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

**RECEIVED**

**FILED**

MAY – 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MAY – 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PITCHWARE, INC.

    Plaintiff,

    v.

MONSTER WORLDWIDE, INC.,
CAREERBUILDER, LLC; GANNETT CO.,
INC.; THE McCLATCHY COMPANY;
MICROSOFT CORPORATION; AND
CAREER MARKETPLACE, INC.

    Defendants.

Case No. 08-CV-01848-CW

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
MATTHEW N. BATHON *PRO HAC VICE*

Matthew N. Bathon, an active member in good standing of the bars of the State of Texas and the District of Columbia whose business address and telephone number is

ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, D.C., 20004
Telephone: (202) 942-5000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Microsoft Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____MAY – 7 2008_____

_____
United States District Judge Claudia Wilken