Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC.,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.,<br><br>　　　Defendants. | CASE NO. C 08-01848 CW<br><br>**PLAINTIFF PITCHWARE, INC.'S ANSWER TO DEFENDANT MONSTER WORLDWIDE, INC.'S COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Counterclaim Filed:   April 28, 2008<br><br>The Honorable Claudia Wilken |

Plaintiff and Counterclaim Defendant Pitchware, Inc. ("Pitchware"), by and through its attorneys, answers herein the numbered paragraphs of Monster Worldwide, Inc.'s ("Monster") Counterclaims. Unless expressly admitted, all the averments asserted by Monster in its Counterclaims should be denied.

Plaintiff and Counterclaim Defendant Pitchware, Inc. ("Pitchware"), by and through its attorneys, answers herein the numbered paragraphs of Monster's Counterclaims. Unless expressly admitted, all the averments asserted by Monster in its Counterclaims should be denied.

//

---

1
**PLAINTIFF PITCHWARE, INC.'S ANSWER TO
DEFENDANT MONSTER WORLDWIDE, INC.'S COUNTERCLAIM**

## JURISDICTION

1. Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 29, and therefore denies them.

## VENUE AND INTRADISTRICT ASSIGNMENT

2. Paragraph 30 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that is has submitted to venue under 28 United States Code ("U.S.C.") § 1391(b)-(c) of this Court by filing a complaint here. Pitchware denies any and all remaining allegations and/or legal conclusions contained in Paragraph 30 of the Counterclaim.

3. Paragraph 31 of the Counterclaim contains conclusions of law, rather than averments of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits this action is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(c) and is therefore to be assigned on a district-wide basis.

## ANSWER TO COUNT ONE

### (Declaration of Patent Invalidity, Non-Infringement and Unenforceability)

4. Paragraph 32 of the Counterclaim requires no answer.

5. Paragraph 33 of the Counterclaim contains conclusions of law, rather than averments of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 33, and therefore denies them.

6. Paragraph 34 of the Counterclaim contains conclusions of law, rather than averments of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that

2
PLAINTIFF PITCHWARE, INC.'S ANSWER TO
DEFENDANT MONSTER WORLDWIDE, INC.'S COUNTERCLAIM

Pitchware/Pleadings/Plaintiff-Pitchware-Inc's-Answer-to-Defendant-Monster-Worldwide-Inc's-Counterclais-Final 05.12.08.sq    C 08-01848 CW

Monster seeks a declaratory judgment of invalidity but denies any and all remaining allegations and/or legal conclusions contained in Paragraph 34 of the Counterclaim.

7. Paragraph 35 of the Counterclaim contains conclusions of law, rather than averments of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that the claims of the '454 Patent are valid and that Monster seeks a declaratory judgment of noninfringement. Pitchware denies any and all remaining allegations and/or legal conclusions contained in Paragraph 35 of the Counterclaim.

8. Paragraph 36 of the Counterclaim contains conclusions of law, rather than averments of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that the claims of the '454 Patent are valid and that Monster seeks a declaratory judgment that Pitchware is barred from proceeding on a claim of infringement and/or is not entitled to seek damages for past infringement. Pitchware denies any and all remaining allegations and/or legal conclusions contained in Paragraph 36 of the Counterclaim.

9. Paragraph 37 of the Counterclaim contains conclusions of law, rather than averments of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 37, and therefore denies them.

## ANSWER TO PRAYER FOR RELIEF

10. Pitchware denies that Monster is entitled to judgment declaring that the '454 Patent invalid in Paragraph 1 of the Prayer;

11. Pitchware denies that Monster is entitled to judgment declaring that Monster has not infringed and does not infringe any valid claim of the '454 Patent in Paragraph 2 of the Prayer;

//

12. Pitchware denies Monster is entitled to a judgment declaring that the '454 Patent is not enforceable against Monster in Paragraph 3 of the Prayer;

13. Pitchware denies that Monster is entitled to its costs and attorneys' fees incurred in connection with this matter pursuant to the provisions of 35 U.S.C. § 285 of Paragraph 4 of the Prayer; and

14. Pitchware denies that Monster is entitled to such other and further relief as the Court may deem just and proper in Paragraph 5 of the Prayer.

### AFFIRMATIVE DEFENSES

Pitchware further asserts the following affirmative defenses upon information and belief:

### FIRST AFFIRMATIVE DEFENSES

15. Monster's Counterclaims fail to state a claim upon which relief may be granted, and in particular, fails to state a claim on which there is justifiable action for declaratory judgment, because all the matters asserted in Monster's Counterclaims can and should be fully adjudicated on Pitchware's claims against Monster for infringement of the '454 Patent.

### SECOND AFFIRMATIVE DEFENSES

16. Pitchware has not knowingly or voluntarily waived any applicable affirmative defense, and reserves the right to assert and rely upon such other applicable affirmative defenses as may become available or apparent during discovery and investigation.

### PRAYER FOR RELIEF

WHEREFORE, Pitchware prays that for the following relief on its Answer to Monster's Counterclaims:

1. That Monster take nothing by its Counterclaims, and that they be dismissed with prejudice;

2. An award of Pitchware's reasonable attorneys' fees pursuant to 35 U.S.C. § 285 in that this is an exceptional case;

3. Pitchware's costs of suit herein; and

4. Such other and further relief as this Court deems just and proper.

Dated:                                                         LOGAN & POWELL LLP

                                                                     /S/   Kirsten M. Powell

                                                                   Kirsten M. Powell
                                                                   Attorney for
                                                                   PITCHWARE, INC.

## DEMAND FOR JURY TRIAL

Pitchware hereby demands a trial by Jury of all issues that may properly be tried to a jury.

Dated:                                              LOGAN & POWELL LLP

                                                    /S/   Kirsten M. Powell
                                                    Kirsten M. Powell
                                                    Attorney for
                                                    PITCHWARE, INC.