James F. McCarthy, III, Katz, Teller, Brant & Hild, 255 East Fifth Street, Suite 2400, Cincinnati, Ohio 45202, 513.721.4532

Clerk's Use Only

Initial for fee pd.:

**Filed**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MAY 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Pitchware, Inc.

Plaintiff(s),

v.

Monster Worldwide, Inc., et al.

Defendant(s).

CASE NO. 08-CV-01848-CW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, James F. McCarthy, III                , an active member in good standing of the bar of The Supreme Court of Ohio                , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Career Marketplace, Inc.                in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey M. Fisher, Farella Braun + Martel, LLP, Russ Building, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104, 415.954.4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2008

James F. McCarthy, III