1  James F. McCarthy, III (*pro hac vice* pending)
    jmccarthy@katzteller.com
2  Katz, Teller, Brant & Hild
    255 East Fifth Street, Suite 2400
3  Cincinnati, OH  45202
    Telephone:  (513) 721-4532
4  Facsimile:  (513) 762-0006

5  Jeffrey M. Fisher (State Bar No. 155284)
    jfisher@fbm.com
6  Irvin E. Tyan (State Bar No. 224775)
    ityan@fbm.com
7  Farella Braun & Martel, LLP
    235 Montgomery Street, 17th Floor
8  San Francisco, CA  94104
    Telephone:  (415) 954-4400
9  Facsimile:  (415) 954-4480

10  Attorneys for Defendant
     CAREER MARKETPLACE, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            OAKLAND DIVISION

15

16  PITCHWARE, INC.,                      Case No. C 08-01848 (CW)

17              Plaintiff,                 **CAREER MARKETPLACE, INC.'S
                                           ANSWER**

18        vs.                              DEMAND FOR JURY TRIAL

19  MONSTER WORLDWIDE, INC.,               Complaint Filed:  April 7, 2008
     CAREERBUILDER, LLC, GANNETT
20  COMPANY, INC., THE McCLATCHY
     COMPNY, MICROSOFT
21  CORPORATION, AND CAREER
     MARKETPLACE, INC.,

22              Defendants.

23

24        For its Answer to the Complaint of Plaintiff Pitchware, Inc. ("Pitchware"), Defendant

25  Career Marketplace, Inc. ("Career Marketplace"), by and through its undersigned counsel of

26  record, answers and avers as follows:

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT
Case No. C 08-01848 (CW)

23226\1594721.2

## PARTIES

1.    Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 1 of the Complaint and, based thereon, denies the averments contained in paragraph 1 of the Complaint.

2.    Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 2 of the Complaint and, based thereon, denies the averments contained in paragraph 2 of the Complaint.

3.    Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 3 of the Complaint and, based thereon, denies the averments contained in paragraph 3 of the Complaint.

4.    Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 4 of the Complaint and, based thereon, denies the averments contained in paragraph 4 of the Complaint.

5.    Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 5 of the Complaint and, based thereon, denies the averments contained in paragraph 5 of the Complaint.

6.    Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 6 of the Complaint and, based thereon, denies the averments contained in paragraph 6 of the Complaint.

7.    Career Marketplace admits the averments contained in paragraph 7 of the Complaint.

## JURISDICTION AND VENUE

8.    Career Marketplace admits that this Court has subject matter jurisdiction over this action as it arises under the federal patent laws of the United States of America. Career Marketplace admits that the Court has personal jurisdiction over Career Marketplace. Career Marketplace lacks knowledge or information sufficient to admit the remaining averments contained in paragraph 8 of the Complaint, and, based thereon, denies the remaining averments contained in paragraph 8 of the Complaint.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT    - 2 -    23226\1594721.2
Case No. C 08-01848 (CW)

9.    Career Marketplace admits that venue is proper in this judicial district.  Career Marketplace denies that Pitchware has any claims or that Career Marketplace has committed, contributed to and/or induced any acts of patent infringement.  Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 9 of the Complaint, and, based thereon, denies the remaining averments contained in paragraph 9 of the Complaint.

**INTRADISTRICT ASSIGNMENT**

10.    Career Marketplace admits that this action is an Intellectual Property Action within the meaning of Local Rule 3-2(c) and is therefore to be assigned on a district-wide basis.  Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 10 of the Complaint, and, based thereon, denies the remaining averments contained in paragraph 10 of the Complaint.

**INFRINGEMENT OF U.S. PATENT NO. 7,043,454**

11.    Career Marketplace admits that the United States Patent & Trademark Office issued United States Patent No. 7,043,454 (the "'454 Patent") on or about May 9, 2006.  Career Marketplace admits that the '454 Patent is entitled "METHOD AND APPARATUS FOR A CRYPTOGRAPHICALLY ASSISTED COMMERCIAL NETWORK SYSTEM DESIGNED TO FACILITATE IDEA SUBMISSION, PURCHASE AND LICENSING AND INNOVATION TRANSFER."  Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 11 of the Complaint, and, based thereon, denies the remaining averments contained in paragraph 11 of the Complaint.

12.    Career Marketplace denies the averments of paragraph 12 as to Career Marketplace.  Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 12 of the Complaint, and, based thereon, denies the remaining averments contained in paragraph 12 of the Complaint.

13.    Career Marketplace denies the averments of paragraph 13 as to Career Marketplace.  Career Marketplace lacks knowledge or information sufficient to form a belief as to

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT                - 3 -                23226\1594721.2
Case No. C 08-01848 (CW)

1    the truth of the remaining averments contained in paragraph 13 of the Complaint, and, based

2    thereon, denies the remaining averments contained in paragraph 13 of the Complaint.

3        14.     Career Marketplace denies the averments of paragraph 14 as to Career

4    Marketplace. Career Marketplace lacks knowledge or information sufficient to form a belief as to

5    the truth of the remaining averments contained in paragraph 14 of the Complaint, and, based

6    thereon, denies the remaining averments contained in paragraph 14 of the Complaint.

7                         **PRAYER OF RELIEF**

8        15.     Career Marketplace denies that Pitchware is entitled to the relief sought in

9    paragraph 1 of the Prayer of Relief as to Career Marketplace. Career Marketplace lacks

10    knowledge or information sufficient to form a belief as to the truth of the remaining averments

11    contained in paragraph 1 of the Prayer of Relief, and, based thereon, denies the remaining

12    averments contained in paragraph 1 of the Prayer of Relief.

13        16.     Career Marketplace denies that Pitchware is entitled to the relief sought in

14    paragraph 2 of the Prayer of Relief as to Career Marketplace. Career Marketplace lacks

15    knowledge or information sufficient to form a belief as to the truth of the remaining averments

16    contained in paragraph 2 of the Prayer of Relief, and, based thereon, denies the remaining

17    averments contained in paragraph 2 of the Prayer of Relief.

18        17.     Career Marketplace denies that Pitchware is entitled to the relief sought in

19    paragraph 3 of the Prayer of Relief as to Career Marketplace. Career Marketplace lacks

20    knowledge or information sufficient to form a belief as to the truth of the remaining averments

21    contained in paragraph 3 of the Prayer of Relief, and, based thereon, denies the remaining

22    averments contained in paragraph 3 of the Prayer of Relief.

23        18.     Career Marketplace denies that Pitchware is entitled to the relief sought in

24    paragraph 4 of the Prayer of Relief as to Career Marketplace. Career Marketplace lacks

25    knowledge or information sufficient to form a belief as to the truth of the remaining averments

26    contained in paragraph 4 of the Prayer of Relief, and, based thereon, denies the remaining

27    averments contained in paragraph 4 of the Prayer of Relief.

28

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT        - 4 -          23226\1594721.2
Case No. C 08-01848 (CW)

19.    Career Marketplace denies that Pitchware is entitled to the relief sought in paragraph 5 of the Prayer of Relief as to Career Marketplace. Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 5 of the Prayer of Relief, and, based thereon, denies the remaining averments contained in paragraph 5 of the Prayer of Relief.

20.    Career Marketplace denies that Pitchware is entitled to the relief sought in paragraph 6 of the Prayer of Relief as to Career Marketplace. Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 6 of the Prayer of Relief, and, based thereon, denies the remaining averments contained in paragraph 6 of the Prayer of Relief.

21.    Career Marketplace denies that Pitchware is entitled to the relief sought in paragraph 7 of the Prayer of Relief as to Career Marketplace. Career Marketplace lacks knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 7 of the Prayer of Relief, and, based thereon, denies the remaining averments contained in paragraph 7 of the Prayer of Relief.

## AFFIRMATIVE DEFENSES

Career Marketplace asserts the following affirmative defenses without assuming the burden of proof where such burden is otherwise on Pitchware pursuant to applicable substantive and procedural law. Career Marketplace specifically reserves the right to supplement or amend this answer to assert any and all affirmative defenses which may become available through information developed in discovery, at trial, or otherwise, including but not limited to the defenses of inequitable conduct, patent misuse, waiver, estoppel, ratification or acquiescence in the acts complained of in the Complaint, implied license, patent exhaustion, and/or the first sale doctrine.

## FIRST AFFIRMATIVE DEFENSE
### (Non-Infringement)

22.    Pitchware's Complaint, and each claim for relief purportedly stated therein, is barred because Career Marketplace does not infringe and has not infringed, directly,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT                     - 5 -                     23226\1594721.2
Case No. C 08-01848 (CW)

1    contributorily, or by inducement, any asserted claims of the '454 Patent as properly construed,

2    either literally or under the doctrine of equivalents.

### SECOND AFFIRMATIVE DEFENSE
#### (Invalidity)

5    23.    On information and belief, Pitchware's Complaint, and each claim for relief

6    purportedly stated therein, is barred because the '454 Patent is invalid for failure to satisfy one or

7    more of the conditions for patentability as set forth in 35 U.S.C. § 100 et seq., including but not

8    limited to 35 U.S.C. §§ 101, 102, 103, and/or 112.

### THIRD AFFIRMATIVE DEFENSE
#### (Laches)

11    24.    On information and belief, Pitchware's Complaint, and each claim for relief

12    purportedly stated therein, is barred, in whole or in part, by the doctrine of laches.

### COUNTERCLAIM

14    Career Marketplace hereby asserts the following Counterclaim against Pitchware:

### PARTIES

16    25.    Counterclaim-Plaintiff Career Marketplace is a corporation duly organized and

17    existing under the laws of the State of Ohio, with its corporate headquarters and principal place of

18    business in Canton, Ohio.

19    26.    On information and belief, Pitchware holds itself out as being a corporation duly

20    organized and existing under the laws of California, with its principal place of business in Los

21    Gatos, California.

### JURISDICTION

23    27.    Career Marketplace's Counterclaim arises under the United States Patent Act, 35

24    U.S.C. § 1 et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

25    28.    This Court has subject matter jurisdiction over Career Marketplace's Counterclaim

26    pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Additionally, because there are now pending before

27    this Court claims involving substantially related questions of law and fact, this Court has

28    jurisdiction over this Counterclaim pursuant to 28 U.S.C. § 1367.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT                - 6 -
Case No. C 08-01848 (CW)                                        23226\1594721.2

**VENUE AND INTRADISTRICT ASSIGNMENT**

29.    Venue is proper in this district pursuant to 28 U.S.C. § 1391.

30.    This action is to be assigned on a district-wide basis because this action is an Intellectual Property Action within the meaning of Civil L.R. 3-2(c).

**COUNT ONE**
**[Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,043,454]**

31.    Career Marketplace herein repeats Paragraphs 1 through 5 of its "Counterclaim" allegations above as if fully set forth herein.

32.    Pitchware's Complaint alleges that Pitchware is the owner of the '454 Patent, and that Career Marketplace has infringed and does infringe the '454 Patent.

33.    Career Marketplace contends that it has not infringed and does not infringe, either directly, contributorily, or by inducement, any valid and enforceable claim of the '454 Patent as properly construed.

34.    An actual controversy exists between Career Marketplace and Pitchware regarding Pitchware's allegations of infringement of the '454 Patent.

35.    Pursuant to 28 U.S.C. §§ 2201 and 2202, Career Marketplace is entitled to a declaratory judgment that it has not infringed and does not infringe any valid and enforceable claim of the '454 Patent as properly construed.

**PRAYER FOR RELIEF**

WHEREFORE, Career Marketplace prays as follows:

1.    The Court enter judgment declaring that Career Marketplace has not infringed, directly, indirectly, or by inducement, any valid and enforceable claim of the '454 Patent as properly construed, literally or under the doctrine of equivalents;

2.    The Court award to Career Marketplace its costs and attorneys' fees incurred in connection with the matter pursuant to the provisions of 35 U.S.C. §285; and

3.    The Court grant to Career Marketplace such other and further relief as the Court may deem just and proper.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT    - 7 -
Case No. C 08-01848 (CW)    23226\1594721.2

## **DEMAND FOR JURY TRIAL**

Career Marketplace hereby demands a trial by jury of all issues so triable.


Dated:  May 30, 2008                                    KATZ, TELLER, BRANT & HILD


By:  /s/ *James F. McCarthy, III*
                                                                    James F. McCarthy

Attorneys for Defendant
CAREER MARKETPLACE, INC.


Dated:  May 30, 2008                                    FARELLA BRAUN + MARTEL, LLP


By:  /s/ *Jeffrey M. Fisher*
                                                                    Jeffrey M. Fisher

Attorneys for Defendant
CAREER MARKETPLACE, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANT CAREER MARKETPLACE'S
ANSWER TO COMPLAINT                    - 8 -                              23226\1594721.2
Case No. C 08-01848 (CW)