Monty Agarwal (State Bar No. 191568)
ARNOLD & PORTER LLP
90 New Montgomery Street
Suite 600
San Francisco, CA  94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: monty.agarwal@aporter.com

Joseph A. Micallef (Admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: joseph.micallef@aporter.com

Isabella Fu (State Bar No. 154677)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 772-4846
Facsimile: (425) 708-1507
Email: isabella.fu@microsoft.com

Attorneys for Defendant *Microsoft Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>MONSTER WORLDWIDE, INC.,<br>CAREERBUILDER, LLC; GANNETT CO.,<br>INC.; THE McCLATCHY COMPANY;<br>MICROSOFT CORPORATION; AND<br>CAREER MARKETPLACE, INC.<br><br>    Defendants; | Case No. 08-CV-01848-CW<br><br>**ANSWER AND COUNTERCLAIMS OF<br>MICROSOFT CORPORATION<br>AGAINST PITCHWARE, INC.**<br><br>**DEMAND FOR JURY TRIAL** |

1

MICROSOFT CORPORATION,                    )
                                          )
2          Counterclaimant,               )
                                          )
3          v.                             )
                                          )
4  PITCHWARE, INC.                        )
                                          )
5          Counterclaim-defendant.        )
                                          )
6                                         )
                                          )
7  _____)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Microsoft Corporation ("Microsoft"), for its answer to the Complaint filed by plaintiff Pitchware, Inc. ("Pitchware") and for its counterclaims against Pitchware, for itself and on behalf of no other defendant, admits, denies and alleges as follows:

## PARTIES

1.      Microsoft is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and, on that basis, denies said allegations.

2.      Microsoft is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and, on that basis, denies said allegations.

3.      Microsoft is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and, on that basis, denies said allegations.

4.      Microsoft is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and, on that basis, denies said allegations.

5.      Microsoft is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and, on that basis, denies said allegations.

6.      Microsoft admits that its principal place of business is in Redmond, Washington, and denies the remaining allegations of paragraph 6.

7.      Microsoft is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and, on that basis, denies said allegations.

## JURISDICTION AND VENUE

8.      Microsoft admits that, if Pitchware is a validly existing entity with the capacity to sue, the Complaint purports to be an action arising under the patent laws of the United States. Microsoft admits that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a) inasmuch as the Complaint purports to state claims for patent infringement arising under the patent laws of the United States.   Microsoft admits that it is subject to the personal jurisdiction of the Court.  To the extent the remaining allegations of paragraph 8 are directed to Microsoft, they are denied.  To the extent the allegations of paragraph 8 are directed to other entities, Microsoft is without knowledge or information sufficient to form a belief as to the truth of said allegations and, on that basis, denies them.

1    9.    Microsoft admits that Pitchware purports to base venue under 28 U.S.C. §§ 1331,

2    1391(b), (c), and 1400(b).  Microsoft admits that it has transacted business within this district.

3    Microsoft denies that it has committed, continues to commit, has contributed to, continues to

4    contribute to, has induced, or continues to induce any acts that constitute infringement or otherwise

5    give rise to this action.  To the extent the remaining allegations of paragraph 9 are directed at

6    Microsoft, they are denied.  To the extent the allegations of paragraph 9 are directed to other

7    entities, Microsoft is without knowledge or information sufficient to form a belief as to the truth of

8    said allegations and, on that basis, denies them.

9    **INTRADISTRICT ASSIGNMENT**

10    10.    Microsoft admits that, if Pitchware is a validly existing entity with the capacity to

11    sue, this is an Intellectual Property Action to be assigned on a district-wide basis under Civil Local

12    Rule 3-2(c) inasmuch as the Complaint purports to state claims for patent infringement arising

13    under the patent laws of the United States.  Microsoft denies that it has committed, continues to

14    commit, has contributed to, continues to contribute to, has induced, or continues to induce any acts

15    that constitute infringement or otherwise give rise to this action.  To the extent the remaining

16    allegations of paragraph 10 are directed at Microsoft, they are denied.  To the extent the allegations

17    of paragraph 10 are directed to other entities, no answer is required.

18    **PATENT INFRINGEMENT ALLEGATIONS**

19    11.    Microsoft admits that what appears to be a copy of U.S. Patent No. 7,043,454 ("the

20    '454 patent") is attached as Exhibit A to the Complaint.  Microsoft denies that the '454 patent was

21    duly and legally issued.  Microsoft admits that, on its face, Exhibit A states that its issue date is May

22    9, 2006, and that its title is "Method and Apparatus for a Cryptographically Assisted Commercial

23    Network System Designed to Facilitate Idea Submission, Purchase and Licensing and Innovation

24    Transfer."  Microsoft is without knowledge or information sufficient to form a belief as to the truth

25    of the allegation that Pitchware is the original and sole owner of the '454 patent, and on that basis

26    denies the allegation.  Microsoft denies each and every remaining allegation in paragraph 11.

27    12.    Paragraph 12 of the Complaint is denied as to Microsoft.  To the extent the

28    allegations of paragraph 12 are directed to other entities, Microsoft is without knowledge or

- 2 -

1    information sufficient to form a belief as to the truth of said allegations and, on that basis, denies

2    them.

3          13.    Paragraph 13 of the Complaint is denied as to Microsoft.  To the extent the

4    allegations of paragraph 13 are directed to other entities, Microsoft is without knowledge or

5    information sufficient to form a belief as to the truth of said allegations and, on that basis, denies

6    them.

7          14.    Paragraph 14 of the Complaint is denied as to Microsoft.  To the extent the

8    allegations of paragraph 14 are directed to other entities, Microsoft is without knowledge or

9    information sufficient to form a belief as to the truth of said allegations and, on that basis, denies

10    them.

11                    **RESPONSE TO PITCHWARE'S PRAYER FOR RELIEF**

12          15.    Microsoft states that Pitchware's prayer for relief does not require a response.

13          16.    Microsoft denies each and every allegation of the Complaint not heretofore admitted,

14    alleged, or denied and further denies that Pitchware is entitled to any relief whatsoever from

15    Microsoft on the basis of any of the purported claims for relief contained in the Complaint.

16                    **AFFIRMATIVE AND OTHER DEFENSES**

17          In addition to its responses to Pitchware's allegations above, Microsoft asserts the following

18    defenses.  By alleging said matters, Microsoft does not thereby concede or admit that it bears the

19    burden of proof on any matter or element related to any of the defenses asserted.  Furthermore,

20    Microsoft reserves the right to assert such additional defenses as may be warranted as this action

21    progresses.

22          AS AND FOR ITS AFFIRMATIVE AND OTHER DEFENSES HEREIN, MICROSOFT

23    ALLEGES AS FOLLOWS:

24                           **FIRST DEFENSE**

25          17.    With respect to each and every purported claim for relief alleged in the Complaint,

26    Pitchware fails to state a claim upon which relief may be granted.

27

28

1

**SECOND DEFENSE**

2

18.    With respect to each and every purported claim for relief alleged in the Complaint,

3

Microsoft alleges that Pitchware's claims are barred because Microsoft has not infringed either

4

literally or under the doctrine of equivalents, directly, by inducement, contributorily, or in any way,

5

any valid, enforceable claim of the '454 patent.

6

**THIRD DEFENSE**

7

19.    With respect to each and every purported claim for relief alleged in the Complaint,

8

Microsoft alleges that Pitchware's claims are barred, in whole or in part, because the claims of the

9

'454 patent are invalid for failure to satisfy one or more of the conditions of patentability specified

10

in Title 35 of the United States Code, including, without limitation, Sections 101, 102, 103, and/or

11

112.

12

**FOURTH DEFENSE**

13

20.    With respect to each and every purported claim for relief alleged in the Complaint,

14

Microsoft alleges that Pitchware's claims and demands for relief are barred, in whole or in part, by

15

the doctrine of laches.

16

**FIFTH DEFENSE**

17

21.    With respect to each and every purported claim for relief alleged in the Complaint,

18

Microsoft alleges that Pitchware's claims and demands for relief for past infringement are barred by

19

35 U.S.C. § 286.

20

**SIXTH DEFENSE**

21

22.    With respect to each and every purported claim for relief alleged in the Complaint,

22

Microsoft alleges that Pitchware's claims and demands for relief for past infringement are barred by

23

35 U.S.C. § 287.

24

**SEVENTH DEFENSE**

25

23.    With respect to each and every purported claim for relief alleged in the Complaint,

26

Microsoft alleges that Pitchware's claims and demands for relief are barred by 28 U.S.C. § 1498(a)

27

to the extent that the products accused of infringing the '454 patent have been used or manufactured

28

by or for the United States.

- 4 -

1

**EIGHTH DEFENSE**

2    24.    The '454 patent is unenforceable by virtue of inequitable conduct. The claims of the

3    '454 patent are unenforceable as a result of the inequitable conduct of the applicant and/or his

4    attorneys and/or agents in the prosecution of the '454 patent. Microsoft alleges that said inequitable

5    conduct comprised intentional misrepresentations and omissions including, without limitation, the

6    following:

7    a)    The sworn statement signed by the applicant on April 9, 2001 stated, in

8    pertinent part, that: "I believe I am the original, first and sole inventor of the subject matter

9    which is claimed and for which a patent is sought on the invention entitled: **METHOD**

10    **AND APPARATUS FOR A CRYPTOGRAPHICALLY ASSISTED COMMERCIAL**

11    **NETWORK SYSTEM DESIGNED TO FACILITATE IDEA SUBMISSION,**

12    **PURCHASE AND LICENSING AND INNOVATION TRANSFER** the specification of

13    which was filed December 22, 2000, as application number 09/747,748. . . . I acknowledge

14    the duty to disclose information which is material to patentability as defined in Title 37,

15    Code of Federal Regulations, Section 1.56."

16    b)    One or more individuals associated with the filing or prosecution of the '454

17    patent knowingly failed, with deceptive intent, to disclose U.S. Patent Nos. 5,884,270 and/or

18    5,884,272 to Walker, et al. Such individuals knew that these patents were highly material to

19    the examination of the '454 patent.

20    **COUNTERCLAIMS OF MICROSOFT AGAINST PITCHWARE**

21    Microsoft, for its counterclaims herein, alleges as follows:

22    25.    This is an action arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and

23    2202, and under the United States Patent Act, 35 U.S.C. § 1, *et seq.* Microsoft requests a judicial

24    declaration that (1) it does not infringe any valid, enforceable claim of the '454 patent, and (2) the

25    '454 patent is invalid.

26    26.    Microsoft is a company organized and existing under the laws of Washington, with

27    its principal place of business at One Microsoft Way, Redmond, Washington, 98052.

28

- 5 -

27.    Pitchware has alleged that it is a corporation organized and existing under the laws of California, with its principal place of business in Los Gatos, California.

28.    Subject to Microsoft's affirmative defenses and denials, and assuming that Pitchware is a validly existing entity with the capacity to sue and be sued, this Court has jurisdiction over the subject matter of this controversy and jurisdiction over the parties under 28 U.S.C. §§ 1331, 1338(a), and 1367.  Assuming that Pitchware is a validly existing entity with the capacity to sue and be sued, venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b).

29.    Pitchware has submitted to the personal jurisdiction of this Court by bringing the present action.

## COUNTERCLAIM 1

### (Declaratory Judgment Of Non-Infringement Of The '454 Patent)

30.    Microsoft incorporates what is set out in paragraphs 25-29 as if fully set forth herein.

31.    Pitchware purports to be the sole holder of the entire right, title, and interest in the '454 patent.

32.    There is an immediate and justiciable controversy between Microsoft and Pitchware over the infringement of the '454 patent.

33.    Microsoft is not infringing, and has not infringed, either literally or under the doctrine of equivalents, directly, by inducement, contributorily, or in any way, any valid, enforceable claim of the '454 patent.

34.    Microsoft is entitled to a declaratory judgment that it has not and does not infringe, directly or indirectly, any valid, enforceable claim of the '454  patent.

35.    Pitchware has also filed this action without a good faith basis, making this an exceptional case.  Consequently, Pitchware is liable for any and all attorneys' fees, expenses, and costs incurred by Microsoft in connection with this baseless action by Pitchware.

## COUNTERCLAIM 2

### (Declaratory Judgment Of Invalidity Of The '454 Patent)

36.    Microsoft incorporates what is set out in paragraphs 25-29 as if fully set forth herein.

- 6 -

37.     There is an immediate and justiciable controversy between Microsoft and Pitchware over the validity of the '454 patent.

38.     The claims of the '454 patent are invalid for failure to satisfy one or more of the requirements of Title 35 of the United States Code, including, without limitation, Sections 101, 102, 103, and/or 112.

39.     Microsoft is entitled to a declaratory judgment that the claims of the '454 patent are invalid.

40.     Pitchware has also filed this action without a good faith basis, making this an exceptional case. Consequently, Pitchware is liable for any and all attorneys' fees, expenses, and costs incurred by Microsoft in connection with this baseless action by Pitchware.

## COUNTERCLAIM 3

### (Declaratory Judgment Of Unenforceability of the '454 Patent)

41.     Microsoft incorporates what is set out in paragraphs 25-29 as if fully set forth herein.

42.     There is an immediate and justiciable controversy between Microsoft and Pitchware over the enforceability of the '454 patent.

43.     The claims of the '454 patent are unenforceable because the '454 patent was procured by a person or persons who failed to disclose to the United States Patent Office material prior art.

44.     Microsoft is entitled to a declaratory judgment that the claims of the '454 patent are unenforceable.

45.     Pitchware has also filed this action without a good faith basis, making this an exceptional case. Consequently, Pitchware is liable for any and all attorneys' fees, expenses, and costs incurred by Microsoft in connection with this baseless action by Pitchware.

## RELIEF

WHEREFORE, Microsoft prays for judgment as follows:

A.     That Pitchware's Complaint be dismissed in its entirety with prejudice and that Pitchware take nothing;

1    B.    For a declaration of non-infringement, invalidity, and unenforceability with respect

2    to the claims of the '454 patent;

3    C.    That, pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. 11, and/or other applicable laws,

4    the Court find that Pitchware's conduct in commencing and pursuing this action renders this an

5    exceptional case and that Microsoft be awarded its attorneys' fees, expenses, and costs incurred in

6    connection with this action; and

7    D.    For such other, further, or different relief as this Court may deem just and proper.

8    **<u>DEMAND FOR JURY TRIAL</u>**

9    Under Rule 38 of the Federal Rules of Civil Procedure, Microsoft hereby demands a trial by

10   jury.

11

12   May 30, 2008                    ARNOLD & PORTER LLP

13

14

15                                  By:   s/Monty Agarwal
                                          Monty Agarwal
16                                        Attorneys for Microsoft Corporation

17

18

19

20

21

22

23

24

25

26

27

28