LATHAM & WATKINS LLP
   Mark A. Flagel (Bar No. 110635)
   Dale Chang (Bar No. 248657)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
   David A. Nelson
Sears Tower Suite 5800
Chicago, Illinois 60606
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

Attorneys for Defendant
CAREERBUILDER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC, GANNETT CO., INC., THE McCLATCHY CO., MICROSOFT CORP., AND CAREER MARKETPLACE, INC., <br><br> Defendants. <br><br> CAREERBUILDER, LLC, <br><br> Counterclaim-Plaintiff and Defendant, <br> v. <br><br> PITCHWARE, INC., <br><br> Counterclaim-Defendant and Plaintiff. | CASE NO. C 08-01848 (CW) <br><br> **CERTIFICATE OF INTERESTED PARTIES** <br><br> **LR 3-16** <br><br> JURY TRIAL DEMANDED |

LATHAM&WATKINS LLP  LA\1861494.1
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT CAREERBUILDER, LLC'S
CERTIFICATE OF INTERESTED PARTIES
CASE NO. C 08-01848 (CW)

# CAREERBUILDER, LLC'S
# CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Tribune Co. which owns a share of CareerBuilder, LLC.

Dated: May 30, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
    Mark A. Flagel
    David A. Nelson
    Dale Chang


By ____/s/ Mark A. Flagel_____
    Mark A. Flagel
    Attorneys for Defendant
    CAREERBUILDER, LLC

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1861494.1

2

DEFENDANT CAREERBUILDER, LLC'S
CERTIFICATE OF INTERESTED PARTIES
CASE NO. C 08-01848 (CW)