| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Mark A. Flagel (Bar No. 110635) |
| 2 |    Dale Chang (Bar No. 248657) |
| | 633 West Fifth Street, Suite 4000 |
| 3 | Los Angeles, California 90071-2007 |
| | Telephone: +1.213.485.1234 |
| 4 | Facsimile: +1.213.891.8763 |

LATHAM & WATKINS LLP
   David A. Nelson
Sears Tower Suite 5800
Chicago, Illinois 60606
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

Attorneys for Defendant
GANNETT CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., | CASE NO. C 08-01848 (CW) |
|         Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
|    v. | **LR 3-16** |
| MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC, GANNETT CO., INC., THE McCLATCHY CO., MICROSOFT CORP., AND CAREER MARKETPLACE, INC., | JURY TRIAL DEMANDED |
|         Defendants. | |
| GANNETT CO., INC. | |
|       Counterclaim-Plaintiff and Defendant, | |
|    v. | |
| PITCHWARE, INC., | |
|       Counterclaim-Defendant and Plaintiff. | |

LATHAM & WATKINS LLP    LA\1861470.1
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT GANNETT CO., INC.'S
CERTIFICATE OF INTERESTED PARTIES
CASE NO. C 08-01848 (CW)

**GANNETT CO. INC.'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 30, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
   Mark A. Flagel
   David A. Nelson
   Dale Chang


By    /s/ Mark A. Flagel
   Mark A. Flagel
   Attorneys for Defendant
   GANNETT CO., INC.

LATHAM&WATKINS LLP LA\1861470.1
ATTORNEYS AT LAW
LOS ANGELES

2

DEFENDANT GANNETT CO., INC.'S
CERTIFICATE OF INTERESTED PARTIES
CASE NO. C 08-01848 (CW)