1  LATHAM & WATKINS LLP
      Mark A. Flagel (Bar No. 110635)
2     Dale Chang (Bar No. 248657)
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071-2007
   Telephone: +1.213.485.1234
4  Facsimile: +1.213.891.8763

5  LATHAM & WATKINS LLP
      David A. Nelson
6  Sears Tower Suite 5800
   Chicago, Illinois 60606
7  Telephone: +1.312.876.7700
   Facsimile: +1.312.993.9767
8
   Attorneys for Defendant
9  THE McCLATCHY CO.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., | CASE NO. C 08-01848 (CW) |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | **LR 3-16** |
| MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC, GANNETT CO., INC., THE McCLATCHY CO., MICROSOFT CORP., AND CAREER MARKETPLACE, INC., | JURY TRIAL DEMANDED |
| Defendants. | |
| THE McCLATCHY CO. | |
| Counterclaim-Plaintiff and Defendant, v. | |
| PITCHWARE, INC., | |
| Counterclaim-Defendant and Plaintiff. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1861184.1

DEFENDANT THE McCLATCHY CO.'S
CERTIFICATE OF INTERESTED PARTIES
CASE NO. C 08-01848 (CW)

## THE McCLATCHY CO.'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 30, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
   Mark A. Flagel
   David A. Nelson
   Dale Chang


By    /s/ Mark A. Flagel
   Mark A. Flagel
   Attorneys for Defendant
   THE McCLATCHY CO.

LATHAM&WATKINS LLP  LA\1861184.1
ATTORNEYS AT LAW
LOS ANGELES

2

DEFENDANT THE McCLATCHY CO.'S
CERTIFICATE OF INTERESTED PARTIES
CASE NO. C 08-01848 (CW)