James F. McCarthy, III (*pro hac vice* pending)
jmccarthy@katzteller.com
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, OH  45202
Telephone:  (513) 721-4532
Facsimile:  (513) 762-0006

Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Irvin E. Tyan (State Bar No. 224775)
ityan@fbm.com
Farella Braun & Martel, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
CAREER MARKETPLACE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| PITCHWARE, INC.,<br><br>              Plaintiff,<br><br>      vs.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC, GANNETT COMPANY, INC., THE McCLATCHY COMPNY, MICROSOFT CORPORATION, AND CAREER MARKETPLACE, INC.,<br><br>              Defendants. | Case No. C 08-01848 (CW)<br><br>**DEFENDANT CAREER MARKETPLACE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16 AND FRCP 7.1)** |

1    Pursuant to Civil L.R. 3-16 the undersigned certifies that the following listed persons,

2   associations of persons, firms, partnerships, corporations (including parent corporations) or other

3   entities (i) have a financial interest in the subject matter in controversy or in a party to the

4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5   substantially affected by the outcome of this proceeding:

6       **Michael Capel**

7       The aforementioned entity, though not named or involved in the subject matter of the

8   action, has a financial interest in Career Marketplace, Inc.

9       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Career Marketplace, Inc.

10  makes the following disclosures:

11      1.    Career Marketplace, Inc. does not have any parent corporations.

12      2.    No publicly held corporations own 10% or more of Career Marketplace, Inc.

13  Dated:  June 3, 2008                         KATZ, TELLER, BRANT & HILD

14

15                                              By: /s/ *James F. McCarthy, III*
                                                    James F. McCarthy

16
                                                Attorneys for Defendant
17                                              CAREER MARKETPLACE, INC.

18

19  Dated:  June 3, 2008                         FARELLA BRAUN + MARTEL, LLP

20

21                                              By: /s/ *Jeffrey M. Fisher*
                                                    Jeffrey M. Fisher

22
                                                Attorneys for Defendant
23                                              CAREER MARKETPLACE, INC.

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CAREER MARKETPLACE'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS          - 2 -                          23226\1595331.2
Case No. C 08-01848 (CW)