**FILED**
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
MAY 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Pitchware, Inc.

Plaintiff(s),

v.

Monster Worldwide, Inc. et al.

Defendant(s).

CASE NO. 08-CV-01848-CW

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

James F. McCarthy III, an active member in good standing of the bar of The Supreme Court of Ohio whose business address and telephone number (particular court to which applicant is admitted) is

255 East Fifth Street, Suite 2400, Cincinnati, Ohio 45202
Telephone: (513) 721-4532

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Career Marketplace, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 10 2008

United States District Judge
**Honorable Claudia Wilken**