1  Kirsten M. Powell [SBN: 187200]
   Robert C. Chojnacki [SBN: 169936]
2  LOGAN & POWELL LLP
   61 East Main Street, Suite C
3  Los Gatos, CA 95030
   Tel.: (408) 395-1350
4  Fax: (408) 395-1354

5  Attorney(s) for
   PITCHWARE, INC.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                            OAKLAND DIVISION

10 PITCHWARE, INC.,                  )   CASE NO. C 08-01848 CW
                                     )
11         Plaintiff,                )
                                     )
12 vs.                               )   STIPULATION EXTENDING TIME FOR
                                     )   PLAINTIFF PITCHWARE, INC. TO
13 MONSTER WORLDWIDE, INC.,          )   RESPOND TO DEFENDANT MICROSOFT
   CAREERBUILDER, LLC; GANNETT       )   CORPORATION, INC.'S ANSWER AND
14 COMPANY, INC.; THE McCLATCHY      )   COUNTERCLAIMS
   COMPANY; MICROSOFT                )
15 CORPORATION; AND CAREER           )
   MARKETPLACE, INC.,                )
16                                   )
           Defendants.               )
17                                   )
                                     )
18 MICROSOFT CORPORATION, INC.,      )
                                     )
19     Counterclaim-Plaintiff/Defendant, )
                                     )
20 vs.                               )
                                     )
21 PITCHWARE, INC.,                  )
                                     )
22     Counterclaim-Defendant/Plaintiff. )

23 //

24 //

25 //

26 //

27
                                    1
28 STIPULATION EXTENDING TIME FOR PLAINTIFF PITCHWARE, INC. TO RESPOND TO
   DEFENDANT MICROSOFT CORPORATION, INC.'S ANSWER AND COUNTERCLAIMS
   Pitchware/Pleadings/Stipulation-Extending-Time-for-Plaintiff-Pitchware-Inc.-to-Respond-to-Microsoft-Corporation-Inc.'s-Answer-and-Counterclaim-3FINAL 06.17.08.sq    C 08-01848 CW

## STIPULATION

Plaintiff Pitchware, Inc. ("Pitchware") and Defendant Microsoft Corporation, Inc. ("Microsoft"), by and through their undersigned counsel, hereby agree and stipulate, pursuant to Local Rule 6-1, to extend the time within which Plaintiff Pitchware may answer, move, or otherwise respond to Defendant Microsoft's Answer and Counterclaims (filed on May 30, 2008) to June 26, 2008.

Dated: June 17, 2008

LOGAN & POWELL LLP

_____
Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

Dated: June 17, 2008

ARNOLD & PORTER LLP

_____
Joseph A. Micallef
Attorney for
MICROSOFT CORPORATION, INC.