Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC.; CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. <br><br> THE McCLATCHY COMPANY, <br><br> Counterclaim-Plaintiff/Defendant, <br><br> vs. <br><br> PITCHWARE, INC., <br><br> Counterclaim-Defendant/Plaintiff. | CASE NO. C 08-01848 CW <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO THE McCLATCHY COMPANY'S COUNTERCLAIMS** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Counterclaim Filed: May 30, 2008 <br><br> The Honorable Claudia Wilken |

Plaintiff and Counterclaim Defendant Pitchware, Inc. ("Pitchware"), by and through its attorneys, answers herein the numbered paragraphs of The McClatchy Company's ("McClatchy) Answer and Counterclaims ("Counterclaim").

//

---

1

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER
TO THE MCCLATCHY COMPANY'S COUNTERCLAIMS

## COUNTERCLAIMS

1. Paragraph 21 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies that McClatchy is entitled to a judicial declaration that: (a) it does not infringe any valid, enforceable claim of the '454 patent; and/or (b) the '454 patent is invalid. Pitchware is without sufficient knowledge or information to form a belief as to the truth of any remaining allegations in Paragraph 21, and therefore denies them.

### THE PARTIES

2. Pitchware admits the allegations in Paragraph 22.

3. Pitchware admits the allegations in Paragraph 23.

### JURISDICTION AND VENUE

4. Paragraph 24 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 24, and therefore denies them.

5. Paragraph 25 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits it has submitted to venue under 28 United States Code ("U.S.C.") § 1391 of this Court by filing a complaint here. Pitchware denies any and all remaining allegations and/or legal conclusions contained in Paragraph 25 of the Counterclaim.

6. Pitchware admits the allegations in Paragraph 26.

### ANSWER TO COUNTERCLAIM ONE
### DECLARATORY JUDGMENT REGARDING NON-INFRINGMENT OF THE '454 PATENT

7. Paragraph 27 of the Counterclaim requires no answer.

8. Pitchware admits the allegations in Paragraph 28.

9. Paragraph 29 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that

2

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER
TO THE MCCLATCHY COMPANY'S COUNTERCLAIMS
Pitchware/Pleadings/Plaintiff-and-Counterclaim-Defendant-Pitchware-Inc.'s-Answer-to-The-McClatchy-Company's-Counterclaims 2FINAL.06.19.08.sq        C 08-01848 CW

it sued Gannet in the present action, alleging infringement of the '454 patent. Pitchware is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 29, and therefore denies them.

10. Paragraph 30 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations of Paragraph 30.

11. Paragraph 31 of the Counterclaims contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies that McClatchy is entitled to a declaratory judgment that it has not and does not infringe, directly or indirectly, any valid, enforceable claim of the '454 Patent.

12. Paragraph 32 of the Counterclaims contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 32.

### ANSWER TO COUNTERCLAIM TWO
### DECLARATORY JUDGMENT REGARDING INVALIDITY
### OF THE '454 PATENT

13. Paragraph 33 of the Counterclaim requires no answer.

14. Paragraph 34 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that it sued Gannet in the present action, alleging infringement of the '454 patent. Pitchware is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 34, and therefore denies them.

15. Paragraph 35 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 35.

16. Paragraph 36 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies the allegation that McClatchy is entitled to judgment that the claims of the '454 Patent are invalid.

17. Paragraph 37 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 37.

### ANSWER TO PRAYER FOR RELIEF

18. Pitchware denies that McClatchy is entitled to a judgment where Pitchware takes nothing and/or that its Complaint be dismissed with prejudice as requested in Paragraph 38 of the Prayer.

19. Pitchware denies that McClatchy is entitled to a judgment declaring that McClatchy does not infringe on any valid, enforceable claim of the '454 Patent as requested in Paragraph 39 of the Prayer.

20. Pitchware denies that McClatchy is entitled to a judgment declaring that claims of the '454 Patent asserted against McClatchy are invalid and unenforceable as requested in Paragraph 40 of the Prayer.

21. Pitchware denies that McClatchy is entitled to a judgment declaring that, pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. 11, and/or other applicable laws, Pitchware's conduct in commencing and pursuing this action renders this an exceptional case and that McClatchy be awarded its attorneys' fees, expenses and costs incurred with this action as requested in Paragraph 41 of the Prayer.

22. Pitchware denies that McClatchy should be granted any additional relief as requested in Paragraph 42 of the Prayer.

### ANSWER TO DEMAND FOR JURY TRIAL

23. Pitchware denies that McClatchy is entitled to a jury trial on all issues raised by its Counterclaim.

### AFFIRMATIVE DEFENSES

Pitchware further asserts the following affirmative defenses upon information and belief:

### FIRST AFFIRMATIVE DEFENSE

24. McClatchy's Counterclaims fails to state a claim upon which relief may be granted, and in particular, fails to state a claim on which there is justifiable action or declaratory judgment,

because all the matters in McClatchy's Counterclaims can and should be fully adjudicated on Pitchware's claims against McClatchy for infringement of the '454 Patent.

### SECOND AFFIRMATIVE DEFENSE

25. Pitchware has not knowingly or voluntarily waived any applicable affirmative defense, and reserves the right to assert and rely upon such other applicable affirmative defenses as may become available during discovery or investigation.

### PRAYER FOR RELIEF

WHEREFORE, Pitchware prays for the following relief on it's Answer to McClatchy's Counterclaims:

1. That McClatchy take nothing by its Counterclaims, and they be dismissed with prejudice;

2. An award of Pitchware's reasonable attorneys' fees pursuant to 35 U.S.C. § 285 in that this is an exceptional case;

3. Pitchware's costs of suit herein; and

4. Such other and further relief as this Court deems just and proper.

Dated: June 18, 2008

LOGAN & POWELL LLP

Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

## DEMAND FOR JURY TRIAL

Pitchware hereby demands a trial by Jury of all issues that may properly be tried to a jury.

Dated: June 18, 2008

LOGAN & POWELL LLP

_____
Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

6

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER
TO THE MCCLATCHY COMPANY'S COUNTERCLAIMS

Pitchware/Pleadings/Plaintiff-and-Counterclaim-Defendant-Pitchware-Inc.'s-Answer-to-The-McClatchy-Company's-Counterclaims 2FINAL 06.19.08.sq          C 08-01848 CW