Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C 08-01848 CW <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO CAREER MARKETPLACE, INC.'S COUNTERCLAIMS** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Counterclaim Filed: May 30, 2008 <br><br> The Honorable Claudia Wilken |
| CAREER MARKETPLACE, INC., <br><br> Counterclaim-Plaintiff/Defendant, <br><br> vs. <br><br> PITCHWARE, INC., <br><br> Counterclaim-Defendant/Plaintiff. | |

## COUNTERCLAIMS

Plaintiff and Counterclaim Defendant Pitchware, Inc. ("Pitchware"), by and through its attorneys, answers herein the numbered paragraphs of Career Marketplace, Inc.'s ("Career

---

1

**PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO CAREER MARKETPLACE, INC.'S COUNTERCLAIMS**

Marketplace") Answer and Counterclaim ("Counterclaim"). Unless expressly admitted, all the averments asserted by Career Marketplace in its Counterclaim should be denied.

## PARTIES

1. Pitchware admits the allegations in Paragraph 25.

2. Pitchware admits the allegations in Paragraph 26.

## JURISDICTION

3. Paragraph 27 of the Counterclaim contains conclusions of law, rather than averment to fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 27 of the Counterclaim, and therefore denies them.

4. Paragraph 28 of the Counterclaim contains conclusions of law, rather than averment to fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 28 of the Counterclaim, and therefore denies them.

5. Paragraph 29 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary. Pitchware admits it has submitted to venue under 28 United States Code ("U.S.C.") § 1391 of this Court by filing a complaint here. Pitchware is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and/or legal conclusions contained in Paragraph 29 of the Counterclaim, and therefore denies them.

6. Paragraph 30 of the Counterclaim contains conclusions of law, rather than averment to fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 30 of the Counterclaim, and therefore denies them.

//

//

//

## COUNT ONE
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT
## OF U.S. PATENT NO. 7,043,454

7. Paragraph 31 of the Counterclaim requires no answer.

8. Pitchware admits the allegations in Paragraph 32.

9. Paragraph 33 of the Counterclaim contains conclusions of law, rather than averment to fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that Career Marketplace contends in Paragraph 33 that it has not infringed and does not infringe, either directly, contributorily, or by inducement, any valid and enforceable claim of the '454 Patent as properly construed. Pitchware is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 33 of the Counterclaim, and therefore denies them.

10. Paragraph 34 of the Counterclaim contains conclusions of law, rather than averment to fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 34 of the Counterclaim, and therefore denies them.

11. Paragraph 35 of the Counterclaim contains conclusions of law, rather than averment to fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies that Career Marketplace is entitled to a declaratory judgment that it has not infringed and does not infringe any valid and enforceable claim of the '454 Patent as properly construed. Pitchware denies any and all remaining allegations and/or legal conclusions contained in Paragraph 35 of the Counterclaim.

## ANSWER TO PRAYER FOR RELIEF

12. Pitchware denies that Career Marketplace is entitled to a judgment declaring that Career Markeplace has not infringed, directly, indirectly, or by inducement, any valid and enforceable claim of the '454 Patent as properly construed, literally or under doctrine of equivalents as requested in Paragraph 1 of the Prayer.

//

3

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER
TO CAREER MARKETPLACE, INC.'S COUNTERCLAIMS

Pitchware/Pleadings/Plaintiff-and-Counterclaim-Defendant-Pitchware-Inc.'s-Answer-to-Career-Marketplace-Inc.'s-Counterclaims 2FINAL 06.19.08.sq    C 08-01848 CW

13. Pitchware denies that Career Marketplace is entitled to an award of its costs and attorneys' fees incurred in connection with the matter pursuant to the provisions of 35 U.S.C. § 285 as requested in Paragraph 2 of the Prayer.

14. Pitchware denies that Career Marketplace is entitled to any additional relief as requested in Paragraph 3 of the Prayer.

### ANSWER TO DEMAND FOR JURY TRIAL

15. Pitchware denies that Career Marketplace is entitled to a jury trial on all issues raised by its Counterclaim.

### AFFIRMATIVE DEFENSES

Pitchware further asserts the following affirmative defenses upon information and belief:

### FIRST AFFIRMATIVE DEFENSE

16. Career Marketplace's Counterclaim fails to state a claim upon which relief may be granted, and in particular, fails to state a claim on which there is justifiable action or declaratory judgment, because all the matters in Career Markeplace's Counterclaims can and should be fully adjudicated on Pitchware's claims against Career Marketplace for infringement of the '454 Patent.

### SECOND AFFIRMATIVE DEFENSE

17. Pitchware has not knowingly or voluntarily waived any applicable affirmative defense, and reserves the right to assert and rely upon such other applicable affirmative defenses as may become available during discovery or investigation.

### PRAYER FOR RELIEF

WHEREFORE, Pitchware prays for the following relief on it's Answer to Career Marketplace's Counterclaims:

1. That Career Marketplace take nothing by its Counterclaims, and they be dismissed with prejudice;

2. An award of Pitchware's reasonable attorneys' fees pursuant to 35. U.S.C. § 285 in that this is an exceptional case;

3. Pitchware's costs of suit herein; and

4

**PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO CAREER MARKETPLACE, INC.'S COUNTERCLAIMS**

Pitchware/Pleadings/Plaintiff-and-Counterclaim-Defendant-Pitchware-Inc.'s-Answer-to-Career-Marketplace-Inc.'s-Counterclaims 2FINAL 06.19.08.sq        C 08-01848 CW

4. Such other and further relief as this Court deems just and proper.

Dated: June 19, 2008

Logan & Powell LLP

Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

---

5

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER
TO CAREER MARKETPLACE, INC.'S COUNTERCLAIMS

## DEMAND FOR JURY TRIAL

Pitchware hereby demands a trial by Jury of all issues that may properly be tried to a jury.

Dated: June 19, 2008

LOGAN & POWELL LLP

_____
Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

6

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER
TO CAREER MARKETPLACE, INC.'S COUNTERCLAIMS

Pitchware/Pleadings/Plaintiff-and-Counterclaim-Defendant-Pitchware-Inc.'s-Answer-to-Career-Marketplace-Inc.'s-Counterclaims 2FINAL 06.19.08.sq    C 08-01848 CW