Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>MONSTER WORLDWIDE, INC.; CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.,<br><br>  Defendants.<br><br>MICROSOFT CORPORATION, INC.,<br><br>  Counterclaim-Plaintiff/Defendant,<br><br>vs.<br><br>PITCHWARE, INC.,<br><br>  Counterclaim-Defendant/Plaintiff. | CASE NO. C 08-01848 CW<br><br>PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO MICROSOFT CORPORATION, INC.'S COUNTERCLAIMS |

Plaintiff and Counterclaim Defendant Pitchware, Inc. ("Pitchware"), by and through its attorneys, answers herein the numbered paragraphs of Microsoft Corporation's ("Microsoft")

---

1

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO
MICROSOFT CORPORATION, INC.'S COUNTERCLAIMS

1  Amended Answer and Counterclaims ("Counterclaim").  Unless expressly admitted, all the averments asserted by Microsoft in its Counterclaims should be denied.

### PITCHWARE'S RESPONSE TO MICROSOFT'S EIGHTH DEFENSE

1. Paragraph 24 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required.  Insofar as an answer may be necessary, Pitchware admits that a sworn statement was signed by the applicant and filed with the Patent and Trademark Office on April 9, 2001.  Pitchware also admits that the named inventor was aware of U.S. Patent No. 5,794,207 prior to December 27, 1999, and that certain commonplace and noninventive elements of the '207 patent were incorporated in the initial provisional patent application and in each subsequent application as well as the issued '454 patent specification.  Pitchware denies each of the remaining allegations.  Pitchware further responds that Microsoft's Eight Defense fails to satisfy the particularity requirement of Federal Rule of Civil Procedure 9(b) and, therefore, does not provide Pitchware with adequate notice of the alleged inequitable conduct.

### COUNTERCLAIMS OF MICROSOFT AGAINST PITCHWARE

2. Paragraph 25 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required.  Pitchware denies that Microsoft is entitled to a judicial declaration that: (1) it does not infringe the '454 patent; or (2) that the '454 patent is invalid..

3. Pitchware admits the allegations in Paragraph 26.

4. Pitchware admits the allegations in Paragraph 27.

5. Paragraph 28 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required.  Insofar as an answer may be necessary, Pitchware admits it has submitted to venue under 28 United States Code ("U.S.C.") § 1391 (b)-(c) of this Court by filing

---

3
PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO
MICROSOFT CORPORATION, INC.'S COUNTERCLAIMS

a complaint here.  Pitchware denies any and all remaining allegations and/or legal conclusions contained in Paragraph 28 of the Counterclaim.

6. Pitchware admits the allegations in Paragraph 29.

## COUNTERCLAIM 1

7. Paragraph 30 of the Counterclaim requires no answer.

8. Pitchware admits the allegations in Paragraph 31.

9. Paragraph 32 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required.  Insofar as an answer may be necessary, Pitchware admits the allegations of paragraph 32.

10. Paragraph 33 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required.  Insofar as an answer may be necessary, Pitchware denies each of the allegations of paragraph 33.

11. Paragraph 34 of the Counterclaim contains conclusions of law, rather than averment of fact, to which no answer is required.  Insofar as an answer may be necessary, Pitchware denies that Microsoft is entitled to a declaratory judgment that it has not and does not infringe, directly or indirectly, any valid, enforceable claim of the '454 Patent.

12. Paragraph 35 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required.  Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 35.

## COUNTERCLAIM 2
## (DECLARATORY JUDGEMENT OF INVALIDITY OF THE '454 PATENT)

13. Paragraph 36 of the Counterclaim requires no answer.

14. Paragraph 37 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 37.

15. Paragraph 38 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 38.

16. Paragraph 39 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies that Microsoft is entitled to a declaratory judgment that the claims of the '454 Patent are invalid.

17. Paragraph 40 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 40.

**COUNTERCLAIM 3**
**(DECLARATORY JUDGMENT OF THE UNENFORCEABILITY OF THE '454 PATENT)**

18. Paragraph 41 of the Counterclaim requires no answer.

19. Paragraph 42 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 42.

20. Paragraph 43 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware admits that the named inventor was aware of U.S. Patent No. 5,794,207 prior to December 27, 1999, and that certain commonplace and noninventive elements of the '207 patent were incorporated in the initial

provisional patent application and in each subsequent application as well as the issued '454 patent specification. Pitchware denies each of the remaining allegations.

21. Paragraph 44 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies that Microsoft is entitled to a declaratory judgment that the claims of the '454 Patent are unenforceable.

22. Paragraph 45 of the Counterclaim contains conclusion of law, rather than averment of fact, to which no answer is required. Insofar as an answer may be necessary, Pitchware denies each of the allegations in Paragraph 45.

## ANSWER TO RELIEF

23. Pitchware denies that Microsoft is entitled to a judgment that Pitchware's Complaint be dismissed in its entirety with prejudice as requested in Paragraph A of the Relief.

24. Pitchware denies that Microsoft is entitled to a declaration of non-infringement, invalidity, and unenforceability with respect to the claims of the '454 Patent as requested in Paragraph B of the Relief.

25. Pitchware denies that Microsoft is entitled to a finding that Pitchware's conduct in commencing and pursuing this action renders this an exceptional case and further denies that Microsoft is entitled to an award of attorneys' fees, expenses, and/or costs as requested in paragraph C of the Relief.

26. Pitchware denies that Microsoft should be granted any additional relief as requested in Paragraph D of the Relief.

## ANSWER TO DEMAND FOR JURY TRIAL

27. This paragraph requires no answer.

---

4
PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO MICROSOFT CORPORATION, INC.'S COUNTERCLAIMS

## AFFIRMATIVE DEFENSES

Pitchware further asserts the following affirmative defenses upon information and belief:

28. Microsoft's Counterclaims fail to state a claim upon which relief may be granted, and in particular, fail to state a claim on which there is justifiable action for declaratory judgment, because all the matters in Microsoft's Counterclaims can and should be fully adjudicated on Pitchware's claims against Microsoft for infringement of the '454 Patent.

## SECOND AFFIRMATIVE DEFENSE

29. Pitchware has not knowingly or voluntarily waived any applicable affirmative defense, and reserves the right to assert and rely upon such other applicable affirmative defenses as may become available or apparent during discovery and investigation.

## THIRD AFFIRMATIVE DEFENSE

30. Microsoft's Counterclaim for Declaratory Judgment of the Unenforceability of the '454 patent fails to satisfy the particularity requirement of Federal Rule of Civil Procedure 9(b) and, therefore, does not provide Pitchware with adequate notice of the alleged inequitable conduct.

## PRAYER FOR RELIEF

WHEREFORE, Pitchware prays that for the following relief on its Answer to Microsoft's Counterclaims:

1. That Microsoft take nothing by its Counterclaims, and they be dismissed with prejudice;

2. An award of Pitchware's reasonable attorneys' fees, pursuant to 35 U.S.C. § 285, in that this is an exceptional case;

3. Pitchware's costs of suit herein; and

4. Such other and further relief as this Court deems just and proper.

Dated: 7/7/08

LOGAN & POWELL LLP

_____
Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

PLAINTIFF AND COUNTERCLAIM DEFENDANT PITCHWARE, INC.'S ANSWER TO MICROSOFT CORPORATION, INC.'S COUNTERCLAIMS

Pitchware/Pleadings/Plaintiff-and-Counterclaim-Defendant-Pitchware-Inc.'s-Answer-to-Microsoft-Corporation-Inc.'s-Counterclaims FINAL 07.07.08.sq.wpd