Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.,<br><br>Defendants. | CASE NO. C 08-01848 CW<br><br>STIPULATION ALLOWING PLAINTIFF PITCHWARE, INC. TO FILE FIRST AMENDED COMPLAINT |

WHEREAS, on April 8, 2008, Plaintiff Pitchware, Inc.(hereinafter "Pitchware"), filed its Complaint for Patent Infringement.

WHEREAS Federal Rules of Civil Procedure, Rule 15(a)(2) allows a party to amend its pleading with the opposing parties' written consent.

WHEREAS all parties to this action, Plaintiff Pitchware and Defendants Monster Worldwide, Inc., CareerBuilder, LLC, Gannett Company, Inc., The McClatchy Company, Microsoft Corporation and Career Marketplace, Inc. (hereinafter "Defendants"), by and through their undersigned counsel, hereby agree and stipulate that Plaintiff Pitchware may amend its Complaint in this matter.

//

---

1
STIPULATION ALLOWING PLAINTIFF PITCHWARE, INC.
TO FILE FIRST AMENDED COMPLAINT

1  WHEREAS all parties agree that the filing of the First Amended Complaint will narrow the issues in this matter and will not affect any court deadlines..

### STIPULATION

IT IS HEREBY STIPULATED that Plaintiff Pitchware may file the First Amended Complaint attached hereto as Exhibit A.

IT IS ALSO STIPULATED that Defendants will not be required to file Answers to the First Amended Complaint. Defendants previously filed Answers will be deemed responsive to the First Amended Complaint.

IT IS ALSO STIPULATED that this Agreement may be executed in counterparts and each such executed counterpart shall be deemed an original document. Signatures of the parties to this Agreement exchanged by fax shall constitute and be deemed an original signature for all purposes.

Dated: 7/15/08

LOGAN & POWELL LLP

_____
Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

Dated:

DECHERT LLP

_____
Chris Graham
Attorney for
MONSTER WORLDWIDE, INC.,

Dated:

LATHAM & WATKINS LLP

_____
David A. Nelson
Attorney for
CAREERBUILDER, LLC; GANNETT COMPANY, INC.; and THE McCLATCHY COMPANY

//
//

2
STIPULATION ALLOWING PLAINTIFF PITCHWARE, INC.
TO FILE FIRST AMENDED COMPLAINT

Pitchware/Pleadings/Stipulation-Allowing-Plaintiff-Pitchware-Inc.-to-File-First-Amended-Complaint-FINAL 06.30.08.sq          C 08-01848 CW

1  WHEREAS all parties agree that the filing of the First Amended Complaint will narrow the issues in this matter and will not affect any court deadlines..

### STIPULATION

IT IS HEREBY STIPULATED that Plaintiff Pitchware may file the First Amended Complaint attached hereto as Exhibit A.

IT IS ALSO STIPULATED that Defendants will not be required to file Answers to the First Amended Complaint. Defendants previously filed Answers will be deemed responsive to the First Amended Complaint.

IT IS ALSO STIPULATED that this Agreement may be executed in counterparts and each such executed counterpart shall be deemed an original document. Signatures of the parties to this Agreement exchanged by fax shall constitute and be deemed an original signature for all purposes.

Dated:                                          LOGAN & POWELL LLP

_____
Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

Dated:                                          DECHERT LLP

*Justin Boyce* (signature)

~~Chris Graham~~   JUSTIN BOYCE
Attorney for
MONSTER WORLDWIDE, INC.,

Dated:                                          LATHAM & WATKINS LLP

_____
David A. Nelson
Attorney for
CAREERBUILDER, LLC; GANNETT COMPANY, INC.; and THE McCLATCHY COMPANY

//

//

---

2
STIPULATION ALLOWING PLAINTIFF PITCHWARE, INC.
TO FILE FIRST AMENDED COMPLAINT

1  WHEREAS all parties agree that the filing of the First Amended Complaint will narrow the
2  issues in this matter and will not affect any court deadlines..

3  **STIPULATION**

4  IT IS HEREBY STIPULATED that Plaintiff Pitchware may file the First Amended
5  Complaint attached hereto as Exhibit A.

6  IT IS ALSO STIPULATED that Defendants will not be required to file Answers to the First
7  Amended Complaint. Defendants previously filed Answers will be deemed responsive to the First
8  Amended Complaint.

9  IT IS ALSO STIPULATED that this Agreement may be executed in counterparts and each
10 such executed counterpart shall be deemed an original document. Signatures of the parties to this
11 Agreement exchanged by fax shall constitute and be deemed an original signature for all purposes.

12 Dated:                                              LOGAN & POWELL LLP

14                                                    _____
                                                      Robert C. Chojnacki
                                                      Attorney for
15                                                    PITCHWARE, INC.

16 Dated:                                              DECHERT LLP

18                                                    _____
                                                      Chris Graham
                                                      Attorney for
19                                                    MONSTER WORLDWIDE, INC.,

20 Dated: 7/8/2008                                     LATHAM & WATKINS LLP

22                                                    _____
                                                      David A. Nelson
23                                                    Attorney for
                                                      CAREERBUILDER, LLC; GANNETT
24                                                    COMPANY, INC.; and THE McCLATCHY
                                                      COMPANY
25 //
26 //

2
STIPULATION ALLOWING PLAINTIFF PITCHWARE, INC.
TO FILE FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: July 1, 2008 | ARNOLD & PORTER LLP |
| 2 | | |
| 3 | | *[signature]* |
| | | Joseph A. Micallef |
| 4 | | Attorney for |
| | | MICROSOFT CORPORATION |
| 5 | Dated: | |
| 6 | | FARELLA BRAUN & MARTEL LLP |
| 7 | | |
| | | _____ |
| 8 | | Jeffrey M. Fisher |
| | | Attorney for |
| | | CAREER MARKETPLACE, INC. |

3

STIPULATION ALLOWING PLAINTIFF PITCHWARE, INC.
TO FILE FIRST AMENDED COMPLAINT

Pitchware/Pleadings/Stipulation-Allowing-Plaintiff-Pitchware-Inc.-to-File-First-Amended-Complaint-FINAL 06.30.08.sq

C 08-01848 CW

1 | Dated:                                              ARNOLD & PORTER LLP
2
3                                                      _____
                                                       Joseph A. Micallef
4                                                      Attorney for
                                                       MICROSOFT CORPORATION
5
  | Dated:                                              FARELLA BRAUN & MARTEL LLP
6
7                                                      _____/s/ Jeffrey Fisher /JET_____
                                                       Jeffrey M. Fisher
8                                                      Attorney for
                                                       CAREER MARKETPLACE, INC.
9

---

3
STIPULATION ALLOWING PLAINTIFF PITCHWARE, INC.
TO FILE FIRST AMENDED COMPLAINT

Pitchware/Pleadings/Stipulation-Allowing-Plaintiff-Pitchware-Inc.-to-File-First-Amended-Complaint-FINAL 06.30.08.sq       C 08-01848 CW

Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.,<br><br>    Defendants. | CASE NO.  C 08-01848 CW<br><br>FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

For its complaint for patent infringement, Plaintiff Pitchware, Inc. ("Pitchware") alleges as follows:

**PARTIES**

1. Pitchware is a California corporation with its principal office in Los Gatos, California.

2. On information and belief, Defendant Monster Worldwide, Inc. is a Delaware corporation with its principal place of business in New York, New York.

3. On information and belief, Defendant CareerBuilder, LLC is a Delaware limited liability company with its principal place of business in Chicago, Illinois.

Exhibit A
Page 1 of 5

---

1

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT;
DEMAND FOR JURY TRIAL

4. On information and belief, Defendant Gannett Company, Inc. is a Delaware corporation with its principal place of business in McLean, Virginia.

5. On information and belief, Defendant The McClatchy Company is a Delaware corporation with its principal place of business in Sacramento, California.

6. On information and belief, Defendant Microsoft Corporation is a Delaware corporation with its principal place of business in Redmond, Washington.

7. On information and belief, Defendant Career Marketplace, Inc. is an Ohio corporation with its principal place of business in Canton, Ohio.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this action as it arises under the federal patent laws of the United States of America. (See 28 U.S.C. §§ 1331 and 1338(a)) The Court has personal jurisdiction over the Defendants because, on information and belief, each Defendant has systematic and continuous contacts with the State of California and with this judicial district such that the exercise of jurisdiction over each of the Defendants does not offend traditional notions of fair play and substantial justice.

9. Venue is proper in this judicial district because, on information and belief, each Defendant has a regular and established place of business within this district, has transacted business within this district and/or has committed, contributed to and/or induced acts of patent infringement within this district. (See 28 U.S.C. § 1331, 1391(b), (c), and 1400(b))

## INTRADISTRICT ASSIGNMENT

10. This action is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(c) and is therefore to be assigned on a district-wide basis. Venue is proper in the San Jose Division in that Pitchware's principal place of business is, and at all times was, within Santa Clara County and, on information and belief, the acts complained of are occurring in and around this division of the Northern District of California.

Exhibit A
Page 2 of 5

**INFRINGEMENT OF U.S. PATENT NO. 7,043,454**

11. On May 9, 2006, the United States Patent & Trademark Office duly and legally issued United States Patent No. 7,043,454 (hereinafter the "'454 Patent"), entitled "METHOD AND APPARATUS FOR A CRYPTOGRAPHICALLY ASSISTED COMMERCIAL NETWORK SYSTEM DESIGNED TO FACILITATE IDEA SUBMISSION, PURCHASE AND LICENSING AND INNOVATION TRANSFER." Pitchware is the original and sole owner by assignment of the '454 Patent, a true and correct copy of which is attached as Exhibit A.

12. On information and belief, each Defendant has infringed and continues to infringe, directly, jointly, contributorily and/or indirectly by inducement, literally and/or under the doctrine of equivalents, one (1) or more claims of the '454 Patent by, among other things, making, using, operating, offering for sale, and/or selling within the United States, or inducing others to make, use, operate, offer for sale, and/or sell within the United States, or by importing to or exporting from the United States, online-resume-posting systems and services and providing job seekers with the option to prevent employers from viewing or otherwise accessing certain portions of the job seeker's online posting. The online-resume-posting systems and services offered by the Defendants are within the scope of one (1) or more claims of the '454 Patent. Each of the Defendants is therefore liable for infringement of the '454 Patent. (See 35 U.S.C. § 271)

13. Each of the Defendant's acts of infringement has caused and is continuing to cause monetary damage to Pitchware in an amount to be determined at trial. In addition to monetary damages, each Defendant's infringement has caused and will, unless enjoined, continue to cause irreparable harm to Pitchware, its business and/or its intellectual property rights.

**PRAYER OF RELIEF**

WHEREFORE, Pitchware prays for the following relief:

1. Judgment in favor of Pitchware finding that each Defendant has directly and/or indirectly infringed the '454 Patent.

Exhibit A
Page 3 of 5

2. A judgment and order that each Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert or privity with any of them, be permanently enjoined from any further infringement of the '454 Patent. In the alternative, a judgment and order that each Defendant pay Pitchware an on-going royalty for future acts of infringement at a rate to be determined at trial.

3. An award of damages, costs and expenses as permitted by law, including damages for infringement occurring prior to the filing of this action in an amount to be proven at trial.

4. An award of pre-judgment and post-judgment interest.

5. For all other relief which the Court may deem just and proper.

Dated: July 15, 2008

LOGAN & POWELL LLP

Robert C. Chojnacki
Attorney for Plaintiff
PITCHWARE, INC.

Exhibit A
Page 4 of 5

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT;
DEMAND FOR JURY TRIAL

Pitchware/Pleadings/First-Amended-Complaint-for-Patent-Infringement-Demand-for-Jury-Trial FINAL 06.30.08.sq

C 08-01848 CW

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Pitchware requests a trial by jury of any and all issues so triable by right.

Dated: July 15, 2008

LOGAN & POWELL LLP

Robert C. Chojnacki
Attorney for Plaintiff
PITCHWARE, INC.

Exhibit A
Page 5 of 5

5
FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT;
DEMAND FOR JURY TRIAL

Pitchware/Pleadings/First-Amended-Complaint-for-Patent-Infringement-Demand-for-Jury-Trial FINAL 06.30.08.sq

C 08-01848 CW