```
 1  Kirsten M. Powell [SBN: 187200]
    Robert C. Chojnacki [SBN: 169936]
 2  LOGAN & POWELL LLP
    61 East Main Street, Suite C
 3  Los Gatos, CA 95030
    Tel.: (408) 395-1350
 4  Fax: (408) 395-1354

 5  Attorney(s) for
    PITCHWARE, INC.
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., | CASE NO. C 08-01848 CW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| vs. | |
| MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., | |
| Defendants. | |

Counsel have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Court Sponsored Mediation (ADR Local Rule 6).

The parties agree to attend the Mediation within 90 days from the date of the Order referring the case to the ADR process, unless otherwise ordered.

//

//

//

---

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

```
 1  Dated: 7/16/08                      LOGAN & POWELL LLP
 2
                                        _____
 3                                      Robert C. Chojnacki
                                        Attorney for
 4                                      PITCHWARE, INC.

 5  Dated:                              DECHERT LLP
 6

 7                                      _____
                                        Chris Graham
 8                                      Attorney for
                                        MONSTER WORLDWIDE, INC.,
 9
10  Dated:                              LATHAM & WATKINS LLP

11                                      _____
                                        David A. Nelson    by D.C.
12                                      Attorney for
                                        CAREERBUILDER, LLC; GANNETT
13                                      COMPANY, INC.; and THE McCLATCHY
                                        COMPANY
14

15  Dated:                              ARNOLD & PORTER LLP
16

17                                      _____
                                        Joseph A. Micallef
18                                      Attorney for
                                        MICROSOFT CORPORATION

19  Dated:                              FARELLA BRAUN & MARTEL LLP
20

21                                      _____
                                        Jeffrey M. Fisher
22                                      Attorney for
                                        CAREER MARKETPLACE, INC.
23  //
24  //
25  //
26  //
27
28                                             2
         STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Pitchware/Pleadings/Stipulation-and-proposed-Order-Selecting-ADR-Process FINAL 07.16.08.sq        C 08-01848 CW
```

| | |
|---|---|
| Dated: | LOGAN & POWELL LLP |
| | |
| | Robert C. Chojnacki<br>Attorney for<br>PITCHWARE, INC. |
| Dated: | DECHERT LLP |
| | |
| | Chris Graham<br>Attorney for<br>MONSTER WORLDWIDE, INC., |
| Dated: | LATHAM & WATKINS LLP |
| | |
| | David A. Nelson<br>Attorney for<br>CAREERBUILDER, LLC; GANNETT COMPANY, INC.; and THE McCLATCHY COMPANY |
| Dated:<br>7-16-08 | ARNOLD & PORTER LLP<br><br>*/s/ Joseph A. Micallef*<br>Joseph A. Micallef<br>Attorney for<br>MICROSOFT CORPORATION |
| Dated: | FARELLA BRAUN & MARTEL LLP |
| | |
| | Jeffrey M. Fisher<br>Attorney for<br>CAREER MARKETPLACE, INC. |

//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: | LOGAN & POWELL LLP |
| 2 | | |
| 3 | | _____ |
| | | Robert C. Chojnacki |
| | | Attorney for |
| 4 | | PITCHWARE, INC. |
| 5 | Dated: 7/16/2008 | DECHERT LLP |
| 6 | | |
| 7 | | *Justin Boyce* (signature) |
| | | ~~Chris Graham~~ Justin Boyce |
| | | Attorney for |
| 8 | | MONSTER WORLDWIDE, INC., |
| 9 | | |
| 10 | Dated: | LATHAM & WATKINS LLP |
| 11 | | |
| 12 | | _____ |
| | | David A. Nelson |
| | | Attorney for |
| 13 | | CAREERBUILDER, LLC; GANNETT COMPANY, INC.; and THE McCLATCHY COMPANY |
| 14 | | |
| 15 | Dated: | ARNOLD & PORTER LLP |
| 16 | | |
| 17 | | _____ |
| | | Joseph A. Micallef |
| | | Attorney for |
| 18 | | MICROSOFT CORPORATION |
| 19 | Dated: | FARELLA BRAUN & MARTEL LLP |
| 20 | | |
| 21 | | _____ |
| | | Jeffrey M. Fisher |
| | | Attorney for |
| 22 | | CAREER MARKETPLACE, INC. |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | | |
| 28 | | |

2
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Court Sponsored Mediation (ADR Local Rule 6).

The Deadline for the Mediation session is 90 days from the date of this Order.

IT IS SO ORDERED

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

---

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Pitchware/Pleadings/Stipulation-and-proposed-Order-Selecting-ADR-Process FINAL 07.16.08.sq      C 08-01848 CW