Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorney(s) for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | CASE NO. C 08-01848 CW <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

  Counsel have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

  The parties agree to participate in the following ADR process: Court Sponsored Mediation (ADR Local Rule 6).

  The parties agree to attend the Mediation within 90 days from the date of the Order referring the case to the ADR process, unless otherwise ordered.

//

//

//

---

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

```
 1  Dated: 7/16/08                    LOGAN & POWELL LLP
 2                                    [signature]
 3                                    Robert C. Chojnacki
                                      Attorney for
 4                                    PITCHWARE, INC.

 5  Dated:                            DECHERT LLP
 6

 7                                    _____
                                      Chris Graham
 8                                    Attorney for
                                      MONSTER WORLDWIDE, INC.,
 9

10  Dated:                            LATHAM & WATKINS LLP
11
                                      David Nelson by D.C.
12                                    David A. Nelson
                                      Attorney for
                                      CAREERBUILDER, LLC; GANNETT
13                                    COMPANY, INC.; and THE McCLATCHY
                                      COMPANY
14

15  Dated:                            ARNOLD & PORTER LLP
16

17                                    _____
                                      Joseph A. Micallef
                                      Attorney for
18                                    MICROSOFT CORPORATION

19  Dated:                            FARELLA BRAUN & MARTEL LLP
20
                                      [signature]
21                                    Jeffrey M. Fisher
                                      Attorney for
22                                    CAREER MARKETPLACE, INC.

23  //
24  //
25  //
26  //
27
28
                                      2
           STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Pitchware/Pleadings/Stipulation-and-proposed-Order-Selecting-ADR-Process FINAL 07.16.08.sq        C 08-01848 CW
```

| | | |
|---|---|---|
| 1 | Dated: | LOGAN & POWELL LLP |
| 2 | | |
| 3 | | Robert C. Chojnacki |
| | | Attorney for |
| 4 | | PITCHWARE, INC. |
| 5 | Dated: | DECHERT LLP |
| 6 | | |
| 7 | | Chris Graham |
| | | Attorney for |
| 8 | | MONSTER WORLDWIDE, INC., |
| 9 | | |
| 10 | Dated: | LATHAM & WATKINS LLP |
| 11 | | |
| 12 | | David A. Nelson |
| | | Attorney for |
| 13 | | CAREERBUILDER, LLC; GANNETT COMPANY, INC.; and THE McCLATCHY |
| 14 | | COMPANY |
| 15 | Dated: | ARNOLD & PORTER LLP |
| 16 | 7-16-08 | /s/ Joseph A. Micallef |
| 17 | | Joseph A. Micallef |
| | | Attorney for |
| 18 | | MICROSOFT CORPORATION |
| 19 | Dated: | FARELLA BRAUN & MARTEL LLP |
| 20 | | |
| 21 | | |
| 22 | | Jeffrey M. Fisher |
| | | Attorney for |
| | | CAREER MARKETPLACE, INC. |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | | |
| 28 | | |

2
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Pitchware/Pleadings/Stipulation-and-proposed-Order-Selecting-ADR-Process FINAL 07.16.08.sq    C 08-01848 CW

| | | |
|---|---|---|
| 1 | Dated: | LOGAN & POWELL LLP |
| 2 | | |
| 3 | | _____ |
| | | Robert C. Chojnacki |
| | | Attorney for |
| 4 | | PITCHWARE, INC. |
| 5 | Dated: 7/16/2008 | DECHERT LLP |
| 6 | | |
| 7 | | *Justin Boyce* (signature) |
| | | ~~Chris Graham~~ Justin Boyce |
| | | Attorney for |
| 8 | | MONSTER WORLDWIDE, INC., |
| 9 | | |
| 10 | Dated: | LATHAM & WATKINS LLP |
| 11 | | |
| 12 | | _____ |
| | | David A. Nelson |
| | | Attorney for |
| | | CAREERBUILDER, LLC; GANNETT |
| 13 | | COMPANY, INC.; and THE McCLATCHY |
| | | COMPANY |
| 14 | | |
| 15 | Dated: | ARNOLD & PORTER LLP |
| 16 | | |
| 17 | | _____ |
| | | Joseph A. Micallef |
| | | Attorney for |
| 18 | | MICROSOFT CORPORATION |
| 19 | Dated: | FARELLA BRAUN & MARTEL LLP |
| 20 | | |
| 21 | | _____ |
| | | Jeffrey M. Fisher |
| | | Attorney for |
| 22 | | CAREER MARKETPLACE, INC. |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | | |

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Court Sponsored Mediation (ADR Local Rule 6).

The Deadline for the Mediation session is 90 days from the date of this Order.

IT IS SO ORDERED

DATED: 7/23/08

_____
UNITED STATES DISTRICT COURT JUDGE