ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 1, 2008

To Counsel of Record

Re:   Pitchware, Inc. v. Monster Worldwide, Inc.
      <u>Case No. C 08-01848 CW MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call withone of the ADR Program's legal staff to discuss the Mediation referral.  We would like to schedule this for **Thursday, August 7, 2008 at 9:30 a.m.**  Plaintiff's counsel should initiate the call then call the ADR Phone Conference line at 415-522-4603.

If you are not available at this time, please contact opposing counsel and provide me with three alternative times you are all available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf