Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorneys for
PITCHWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC. CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE MCCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | Case No.:  C 09-01848 CW <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAREER MARKETPLACE, INC. <br><br> Honorable Claudia Wilken |

Plaintiff Pitchware, Inc. ("Pitchware") and Defendant Career Marketplace, Inc. ("Career Marketplace") stipulate to the following:

WHEREAS, on April 7, 2008, Pitchware commenced an action for patent infringement against Career Marketplace;

WHEREAS, Career Marketplace answered Pitchware's complaint and asserted counterclaims against Pitchware; and

WHEREAS, Pitchware and Career Marketplace have reached a mutually satisfactory resolution of all issues between them that were the subject of this action.

1
STIPULATION OF DISMISSAL WITH PREJUDICE OF
DEFENDANT CAREER MARKETPLACE, INC.

1     NOW, THEREFORE, Pitchware and Career Marketplace jointly request and stipulate to the entry of an Order providing that:

    1. All claims asserted by Pitchware against Career Marketplace and all counterclaims asserted by Career Marketplace against Pitchware are dismissed with prejudice;

    2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this action;

    3. This Court shall retain jurisdiction over this matter for the purpose of enforcement of the settlement; and

    4. All unresolved pending motions in this action, if any, between these settling parties shall be denied as moot.

Dated: 8/21/08

LOGAN & POWELL LLP

_____
Robert C. Chojnacki
Attorney for
PITCHWARE, INC.

Dated: 8/25/08

FARELLA BRAUN & MARTEL LLP

_____
Jeffrey M. Fisher
Attorney for
CAREER MARKETPLACE, INC.