Kirsten M. Powell [SBN: 187200]
Robert C. Chojnacki [SBN: 169936]
LOGAN & POWELL LLP
61 East Main Street, Suite C
Los Gatos, CA 95030
Tel.: (408) 395-1350
Fax: (408) 395-1354

Attorneys for
PITCHWARE, INC.

~~Filed~~ *Filed*
~~RECEIVED~~

AUG 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PITCHWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MONSTER WORLDWIDE, INC. CAREERBUILDER, LLC; GANNETT COMPANY, INC.; THE MCCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC., <br><br> Defendants. | Case No.: C 08-01848 CW <br><br> [~~PROPOSED~~] ORDER DISMISSING DEFENDANT CAREER MARKETPLACE, INC. WITH PREJUDICE <br><br> Honorable Claudia Wilken |

WHEREAS, on April 7, 2008, Pitchware, Inc. ("Pitchware") commenced an action for patent infringement against Career Marketplace, Inc. ("Career Marketplace");

WHEREAS, Career Marketplace answered Pitchware's complaint and asserted counterclaims against Pitchware;

WHEREAS, Pitchware and Career Marketplace have filed a Stipulation of Dismissal with this Court advising the Court that Pitchware and Career Marketplace have reached a mutually satisfactory resolution of all issues between them that were the subject of this action;

//

1
[PROPOSED] ORDER DISMISSING
DEFENDANT CAREER MARKETPLACE, INC. WITH PREJUDICE

Pitchware/Pleadings/Proposed-Order-Dismissing-Defendant-Career-Marketplace-Inc.-with-prejudice 08.25.08.sq       C-08-01848 CW

and

WHEREAS, upon consideration of the Stipulation, the Court finds that entry of an order dismissing all claims by and between Pitchware and Career Marketplace is in the interest of justice.

WHEREFORE, THE COURT HEREBY ORDERS, ADJUDGES AND DECREES:

1. All claims asserted by Pitchware against Career Marketplace and all counterclaims asserted by Career Marketplace against Pitchware are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this action;

3. This Court shall retain jurisdiction over this matter for the purpose of enforcement of the settlement; and

4. All unresolved pending motions in this action, if any, between these settling parties are denied as moot.

Dated: AUG 2 8 2008

_____
UNITED STATES DISTRICT COURT JUDGE