Chris Scott Graham (SBN 114498)
chris.scott.graham@dechert.com
Justin Boyce (State Bar No. 181488)
justin.boyce@dechert.com
**DECHERT LLP**
2440 W. El Camino Real. Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Defendant,
MONSTER WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITCHWARE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>MONSTER WORLDWIDE, INC., CAREERBUILDER, LLC; GANNETT CO., INC.; THE McCLATCHY COMPANY; MICROSOFT CORPORATION; AND CAREER MARKETPLACE, INC.<br><br>        Defendants. | Case No. C-08-01848 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT MONSTER WORLDWIDE, INC.; FRCP 41(a)**<br><br>Complaint Filed: April 7, 2008 |

Plaintiff Pitchware, Inc. ("Pitchware") and Defendant Monster Worldwide, Inc. ("MWI") stipulate to the following:

WHEREAS, on April 7, 2008, Pitchware commenced an action for patent infringement against MWI;

WHEREAS, MWI answered Pitchware's complaint and asserted counterclaims against Pitchware;

WHEREAS, Pitchware has agreed to dismiss with prejudice its claims against MWI, and MWI has in turn agreed to dismiss with prejudice its counter claims against Pitchware; and

WHEREAS, Pitchware and MWI have agreed to bear their own fees and costs incurred

1  with respect to their respective claims and counter claims against each other;

2  NOW, THEREFORE, Pitchware and MWI jointly stipulate to the following:

3  1. Pursuant to FRCP 41(a), all claims asserted by Pitchware against MWI and all counterclaims asserted by MWI against Pitchware are hereby dismissed with prejudice;

2. Each of the parties hereto shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this action.

Dated: September 2, 2008        DECHERT LLP

By: /s/ Chris Scott Graham
Chris Scott Graham

Attorneys for Defendant
MONSTER WORLDWIDE, INC.

Dated: September 2, 2008        LOGAN & POWELL LLP

By: /s/ Robert C. Chojnacki
Robert C. Chojnacki

Attorneys for Plaintiff
PITCHWARE, INC.

13263051.1